# ADDENDUMS

---

## ADDENDUM A

### 42 U.S.C. § 1983 - Civil Action for Deprivation of Rights

*United States Code, Title 42, Section 1983 (Civil Action for Deprivation of Rights)*

*"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."* **-- United States Congress, *42 U.S.C. § 1983*, at p. 1 (1996)**

---

## ADDENDUM B

### 42 U.S.C. § 2000bb-1 - Religious Freedom Restoration Act of 1993

*United States Code, Title 42, Section 2000bb-1 (Free Exercise of Religion Protected)*

*"(a) In general: Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability, except as provided in subsection (b) of this section.*

*(b) Exception: Government may substantially burden a person's exercise of religion only if it demonstrates that application of the burden to the person-(1) is in furtherance of a compelling governmental interest; and (2) is the least restrictive means of furthering that compelling governmental interest.*

*(c) Judicial relief: A person whose religious exercise has been burdened in violation of this section may assert that violation as a claim or defense in a judicial proceeding and obtain appropriate relief against a government. Standing to assert a claim or defense under this section shall be governed by the general rules of standing under article III of the Constitution."* **-- United States Congress, *42 U.S.C. § 2000bb-1*, at p. 1 (1993)**

---

## ADDENDUM C

**42 U.S.C. § 12132 & 29 U.S.C. § 794(a) - Title II of the Americans with Disabilities Act & Section 504 of the Rehabilitation Act**

*United States Code, Title 42, Section 12132 (Discrimination)*

*"Subject to the provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity."* **-- United States Congress, *42 U.S.C. § 12132*, at p. 1 (1990)**

*"No otherwise qualified individual with a disability in the United States, as defined in section 705(20) of this title, shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance or under any program or activity conducted by any Executive agency..."* **-- United States Congress, *29 U.S.C. § 794(a)*, at p. 1 (2014)**

---

## ADDENDUM D

**D.C. Code § 24-211.02 - Statutory Powers and Mandatory Duties of Department of Corrections**

*District of Columbia Official Code, Section 24-211.02 (Powers; Promulgation of Rules)*

*"(a) Said Department of Corrections under the general direction and supervision of the Mayor of the District of Columbia shall have charge of the management and regulation of the Workhouse at Occoquan in the State of Virginia, the Reformatory at Lorton in the State of Virginia, and the Washington Asylum and Jail, and be responsible for the safekeeping, care, protection, instruction, and discipline of all persons committed to such institutions. The Department of Corrections with the approval of the Council of the District of Columbia shall have power to promulgate rules and regulations for the government of such institutions and to establish and conduct industries, farms, and other activities, to classify the inmates, and to provide for their proper treatment, care, rehabilitation, and reformation.*

*(b) The Department of Corrections shall:*

*(1) Provide access to the Central Detention Facility, upon request and appointment, to members of the Corrections Information Council, or their staff, agents, or designees...*

*(2) Provide to the Council on a quarterly basis all internal reports relating to living conditions in the Central Detention Facility, including inmate grievances...*

*(3) Initiate and maintain regular afternoon and evening visiting hours at the Central Detention Facility for a minimum of 5 days a week, including Saturdays and Sundays;*

*(4) Develop and implement a classification system and corresponding housing plan for inmates at the Central Detention Facility;*

*(5) Return to an inmate, upon the inmate's release from the Central Detention Facility, any personal identification documents collected from the inmate, including driver's licenses, birth certificates, and Social Security cards..."* **-- Council of the District of Columbia,**

***D.C. Code § 24-211.02*, at § 24-211.02(a), (b)(1)-(5) (2023)**

---

## ADDENDUM E

### D.C. Code § 22-723 - Tampering with Physical Evidence

*District of Columbia Official Code, Section 22-723 (Tampering with Physical Evidence)*

*"(a) A person commits the offense of tampering with physical evidence if, knowing or having reason to believe an official proceeding has begun or knowing that an official proceeding is likely to be instituted, that person alters, destroys, mutilates, conceals, or removes a record, document, or other object, with intent to impair its integrity or its availability for use in the official proceeding.*

*(b) Any person convicted of tampering with physical evidence shall be fined not more than the amount set forth in § 22-3571.01, imprisoned for not more than 3 years, or both."* **-- Council of the District of Columbia, *D.C. Code § 22-723*, at § 22-723 (2013)**

---

## ADDENDUM F

### D.C. Code § 2-423.02, D.C. Code § 7-1207.01, & D.C. Code §§ 22-933, 22-934, 22-936 - Unjust Imprisonment Compensation, Mental Health Information Civil Liability, & Vulnerable and Captive Adult Abuse and Neglect

*District of Columbia Official Code, Section 2-423.02 (Compensation and Other Benefits)*

*"(a) After a petition for compensation is approved under § 2-423.01, the petitioner shall be entitled to the following:*

*(1) Within 60 days after a petition for compensation is approved, the Director shall compensate the petitioner as follows:*

*(A) For the physical injury of wrongful conviction and incarceration of the petitioner:*

*(i) $200,000 for each year of incarceration, to include a pro-rated amount for partial years served; and*

*(ii) $40,000 for each year served on parole, probation, supervised release, or as a registered sex offender, to include a pro-rated amount for partial years served...*

*(2) In addition to compensation provided under paragraph (1) of this subsection, within 21 days after a petition for compensation is approved, the Director shall provide the petitioner with $10,000 to assist in immediately securing services such as:*

*(A) Housing; (B) Transportation; (C) Subsistence; (D) Re-integrative services; and (E) Mental and physical health care.*

*(3) In addition to the compensation provided under paragraphs (1) and (2) of this subsection, the petitioner shall be entitled to the following:*

*(A) Physical and behavioral health care for the duration of the petitioner's life...*

*(C)(i) If mandamus relief is granted under § 2-423.01(c), reasonable attorney's fees to be paid by the District of Columbia, as ordered by the Superior Court.*

*(ii) The Superior Court shall award attorney's fees for each of the petitioner's attorneys pursuant to the matrix approved in Laffey v. Northwest Airlines, 572 F. Supp. 354 (D.D.C. 1983)...*

*(b) Notwithstanding any other law, compensation awarded pursuant to this subchapter shall not be subject to any taxes or treatment as gross income under District law."* **-- Council of the District of Columbia, *D.C. Code § 2-423.02*, at § 2-423.02 (2021)**

*"(a) Except for violations of § 7-1205.05(a), any person who negligently violates the provisions of this chapter shall be liable in an amount equal to the damages sustained by the client plus the costs of the action and reasonable attorney's fees.*

*(b) Except for violations of § 7-1205.05(a), any person who willfully or intentionally violates the provisions of this chapter shall be liable in damages sustained by the client in an amount not less than $1,000 plus the costs of the action and reasonable attorney's fees.*

*(c) Either party is entitled to trial by jury, upon request."* **-- Council of the District of Columbia, *D.C. Code § 7-1207.01*, at § 7-1207.01 (1979)**

*"Except as provided in this subchapter and in § 7-1201.03, a mental health professional, mental health facility or data collector shall permit any client or client representative, upon written request, to inspect and duplicate the client's record of mental health information maintained by the mental health professional, mental health facility or data collector within 30 days from the date of receipt of the request."* **-- Council of the District of Columbia, *D.C. Code § 7-1205.01*, at § 7-1205.01 (1979)**

*"It shall be a violation of this chapter for any person to engage in an unfair or deceptive trade practice, whether or not any consumer is in fact misled, deceived, or damaged thereby, including to: ... (e) misrepresent as to a material fact which has a tendency to mislead; (e-1) represent that a transaction confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law; (f) fail to state a material fact if such failure tends to mislead; (f-1) use innuendo or ambiguity as to a material fact, which has a tendency to mislead; ... (r) make or enforce unconscionable terms or provisions of sales or leases; in applying this subsection, consideration shall be given to the following, and other factors: ... (5) that the person has knowingly taken advantage of the inability of the consumer reasonably to protect his interests by reasons of age, physical or mental infirmities, ignorance, illiteracy, or inability to understand the language of the agreement, or similar factors..."* **-- Council of the District of Columbia, *D.C. Code § 28-3904*, at § 28-3904(e), (e-1), (f), (f-1), (r)(5) (2023)**

*"(k)(1)(A) A consumer may bring an action seeking relief from the use of a trade practice in violation of a law of the District. ... (2) Any claim under this chapter shall be brought in the Superior Court of the District of Columbia and may recover or obtain the following remedies: (A)(i) Treble damages, or $1,500 per violation, whichever is greater, payable to the consumer; ... (B) Reasonable attorney's fees; (C) Punitive damages; (D) An injunction against the use of the unlawful trade practice; ... (F) Any other relief which the court determines proper."* **-- Council of the District of Columbia, *D.C. Code § 28-3905(k)*, at § 28-3905(k)(1)-(2) (2023)**

*"A person is guilty of criminal abuse of a vulnerable adult or elderly person if that person intentionally or knowingly: (1) Inflicts or threatens to inflict physical pain or injury by hitting, slapping, kicking, pinching, biting, pulling hair or other unreasonable physical force; (2) Imposes unreasonable confinement or involuntary seclusion, including but not*

*limited to, the forced separation from other persons against his or her will or the unauthorized use of physical or chemical restraints; (3) Forces the vulnerable adult or elderly person to engage in sexual acts or contacts without consent or by force; or (4) Causes mental anguish by intimidating, humiliating, threatening, or terrorizing the vulnerable adult or elderly person."* **-- Council of the District of Columbia, *D.C. Code § 22-933*, at § 22-933 (2017)**

*"A person is guilty of criminal negligence if that person: (1) Is a caregiver or other person having a duty to provide care and services necessary to maintain the physical and mental health of a vulnerable adult or elderly person; and (2) Knowingly, willfully or through a wanton, reckless or willful indifference fails to discharge a duty to provide care and services necessary to maintain the physical and mental health of a vulnerable adult or elderly person, including but not limited to food, clothing, medicine, shelter, supervision and medical services."* **-- Council of the District of Columbia, *D.C. Code § 22-934*, at § 22-934 (2017)**

*"(a) Any person who violates § 22-933 shall be guilty of a misdemeanor and, upon conviction, shall be fined not more than the amount set forth in § 22-3571.01 or imprisoned for not more than 180 days, or both... (b) Any person who violates § 22-934 shall be guilty of a misdemeanor and, upon conviction, shall be fined not more than the amount set forth in § 22-3571.01 or imprisoned for not more than 180 days, or both."* **-- Council of the District of Columbia, *D.C. Code § 22-936*, at § 22-936 (2017)**

# INDEX OF APPENDED ENCLOSURES

| IDENTIFIER | EVIDENTIARY DESCRIPTION & CONTEXT |
|---|---|
| **EXHIBIT-2** | Full, complete, and unconditional Presidential Pardon issued by President Donald J. Trump on January 20, 2025 (Proclamation 10887, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021), granting full legal exoneration to individuals charged in connection with the events of January 6, 2021, including Plaintiff. |
| **EXHIBIT-3** | Official Certificate of Pardon (ID319255) issued on February 7, 2025 by the Office of the Pardon Attorney, United States Department of Justice, certifying the presidential pardon and complete executive exoneration of John Earle Sullivan under Proclamation 10887. |
| **EXHIBIT-3.1** | Formal motion (Appellee's Unopposed Motion to Vacate Convictions and Remand for Dismissal) filed by the United States Department of Justice in the D.C. Circuit Court of Appeals (Case No. 24 - 3051, Doc #2096152) on January 24, 2025, affirmatively moving the Court to vacate defendant John Sullivan's convictions and remand for dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). |
| **EXHIBIT-4** | Formal per curiam Order of the United States Court of Appeals for the District of Columbia Circuit (Case No. 24 - 3051, Doc #2103201) entered on February 27, 2025, vacating the district court's judgment of conviction against Plaintiff, remanding with instructions to dismiss the case as moot, and directing the Clerk to issue the mandate forthwith. |
| **EXHIBIT-5** | Final Order entered by Senior United States District Judge Royce C. Lamberth, United States District Court for the District of Columbia, in Case No. 1:21 - cr - 78 - RCL - 1 (Dkt. 164) on March 4, 2025, dismissing the criminal action against Plaintiff as moot upon consideration of the D.C. Circuit's February 27, 2025 Order. |

| IDENTIFIER | EVIDENTIARY DESCRIPTION & CONTEXT |
|---|---|
| **EXHIBIT-976** | Official 18 - page DCDOC HIPAA production containing the OIS PREA Investigative Report (Case #2024 - 0001, submitted January 11, 2024 and approved by OIS Approving Supervisor Kevin Hammond on January 16, 2024, checking VIDEO: X NO while claiming BWC/CSC review), December 21, 2023 Emergency Grievance (stamped received December 28, 2023), January 2, 2024 PREA Manager Cortney Savage J6/BLM profiling review, January 3, 2024 SO - 1 RHU/54 re - housing admission, February 16, 2024 Spanish - language Adjunto D Step 2 Formal Grievance, March 1, 2024 OIS Memorandum, and April 4, 2024 Level 1 Appeal (IAPro #4337, closed 'Within Policy'). |
| **EXHIBIT-977** | Official 18 - page DCDOC HIPAA production containing Dr. Shayla T. Calhoun's January 26, 2024 Dental Record - Medical Form (with blank clinical notes and High Blood Pressure: Yes circled) and 17 pages of Form PS 6001.1 Sick Call Request Forms (14 unique submissions spanning November 27, 2023 to May 5, 2024 plus 3 duplicate scans) with 100% blank Medical Provider clinical triage blocks documenting 5 - month psychiatric medication deprivation, convulsive seizure at 10:58 AM in SW - 1 lower recreation room (stamped received February 1, 2024), toxic smoke inhalation, optical black - dot vision loss, April 3, 2024 dental cleaning request, and May 2 - 5, 2024 ruptured gluteal abscess. |
| **EXHIBIT-978** | Official 37 - page DCDOC EHR compilation printed March 3, 2026 documenting the six - month absence of CDF clinical encounters between November 16, 2023 and May 10, 2024, May 2024 Accu - Flo MAR code Ø (PT Refused/med not Administered,) entries on May 15 and May 22, 2024 (pp. 1 - 4), completely blank future - dated MAR For: June 2026 templates produced in place of Plaintiff's June 2024 MAR (pp. 5 - 7), post - transfer appointment cancellations on June 7, 2024 (NOC) and July 26, 2024 (Inmate not on census per JACCS, pp. 8 - 9), Kathy Alston MD's Form USM - 553 transfer summary omitting [redacted] (05/31/2024, p. 10), Roderick Wellington PhD's preliminary note marked Status: ON HOLD DOCUMENT. Contents are preliminary (05/15/2024, p. 14), and Linda Fonju NP's Psychiatric Intake ordering [redacted] 75 mg, [redacted] 100 mg, and [redacted] 25 mg while omitting [redacted] and [redacted] (05/15/2024, pp. 15 - 16). |

| IDENTIFIER | EVIDENTIARY DESCRIPTION & CONTEXT |
|---|---|
| **EXHIBIT-979** | Official 5 - page DCDOC / Unity Health Care production containing Utah Department of Workforce Services Disability Determination Services request (p. 1), HIMS Manager Lynda Boykin's December 19, 2025 Medical Records Department Memorandum checking (XX) We are unable to locate all the records you requested, enclosed are portions of the record that are available. 2020 - 2022, Patient was not at this facility for the dates/period that was request., and Other: THE INFORMATION AVAILABLE IS ATTACHED (p. 2), December 19, 2025 Chart Summary recording corrupted SSN [redacted], Status: Active at CDF, and Active Problems of [redacted] (ICD - 311 / ICD10 - F32.9), [redacted] (ICD - V11.8 / ICD10 - Z86.59), and Hypertension (ICD - 401.9 / ICD10 - I10) (p. 3), and Dr. Shayla Calhoun's January 26, 2024 Dental Exam EHR note and Dental Record - Medical Form (pp. 4 - 5). |
| **EXHIBIT-980** | Official 1 - page DCDOC HIPAA production of Plaintiff's April 1, 2024 Step 2 Inmate Formal Grievance Form (PP 4030.1 Attachment D) stamped RECEIVED APR 09 2024, assigned IGP NUMBER: #20240411 - 265, mis - indexed under DCDC# 387299, and signed by Capt. D. Hayward (4.23.24) and Grievance Coordinator D. Harris (4/22/24), documenting 90 consecutive days of out - of - cell time deprivation, placement in the South - 1 Video Visitation room flooded with urine and feces from an overflowed toilet, and deprivation of materials to copy or confidentially file grievances without retaliation from DOC officials. |

# EXHIBIT 2

*PRESIDENTIAL PARDON PROCLAMATION 10887*

Verified with Pardon Attorney's Office and USAO in Washington DC. No Warrant will be issued. 1/20/2025

KATHY WILLIAMS

Digitally signed by KATHY WILLIAMS
Date: 2025.01.20 21:34:18 -06'00'

PRESIDENTIAL ACTIONS

# GRANTING PARDONS AND COMMUTATION OF SENTENCES FOR CERTAIN OFFENSES RELATING TO THE EVENTS AT OR NEAR THE UNITED STATES

# CAPITOL ON JANUARY 6, 2021

January 20, 2025

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

This proclamation ends a grave national injustice that has been perpetrated upon the American people over the last four years and begins a process of national reconciliation.

Acting pursuant to the grant of authority in Article II, Section 2, of the Constitution of the United States, I do hereby:

(a) commute the sentences of the following individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, to time served as of January 20, 2025:

- Stewart Rhodes
- Kelly Meggs
- Kenneth Harrelson
- Thomas Caldwell
- Jessica Watkins
- Roberto Minuta
- Edward Vallejo
- David Moerschel
- Joseph Hackett

- Ethan Nordean
- Joseph Biggs
- Zachary Rehl
- Dominic Pezzola
- Jeremy Bertino

(b) grant a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021;

The Attorney General shall administer and effectuate the immediate issuance of certificates of pardon to all individuals described in section (b) above, and shall ensure that all individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, who are currently held in prison are released immediately. The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

I further direct the Attorney General to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021. The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

IN WITNESS WHEREOF, I have hereunto set my hand this twentieth day of January, in the year of our Lord two thousand twenty-five, and of the Independence of the United States of America the two hundred and forty-ninth.

News

Administration

Issues

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

THE WHITE HOUSE

WH.GOV

Copyright

Privacy

# EXHIBIT 3

*DOJ CERTIFICATE OF PARDON (ID319255)*

# Donald J. Trump

***President of the United States of America***

# Certificate of Pardon

## *John Earle Sullivan*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

DEPARTMENT OF JUSTICE
QUI PRO DOMINA JUSTITIA SEQUITUR

*Done at the City of Washington,*
*District of Columbia, on*
*February 7, 2025.*

ID319255

# EXHIBIT 3.1

*APPELLEE'S UNOPPOSED MOTION TO VACATE CONVICTIONS AND REMAND FOR DISMISSAL*

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-3051

UNITED STATES OF AMERICA, Appellee,

v.

JOHN SULLIVAN, Appellant.

## APPELLEE'S UNOPPOSED MOTION TO VACATE CONVICTIONS AND REMAND FOR DISMISSAL

Pursuant to the Executive Order issued by President Donald J. Trump dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, the United States moves this Court to vacate the defendant's convictions and to remand the case to the district court for dismissal with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). In support of this motion, the United States submits as follows:

1. In the Executive Order issued on January 20, 2025, President Trump has directed the Attorney General to pursue dismissal with

prejudice of all pending cases against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021.

2. The United States respectfully submits that Rule 48(a) provides the appropriate procedural mechanism to accomplish the dismissal directed by the Executive Order. *See, e.g.*, *United States v. Watts*, 422 U.S. 1032, 1032 (1975) ("Upon representation of the Solicitor General set forth in his brief for the United States filed May 2, 1975, judgment vacated, and case remanded to the United States District Court for the Northern District of Georgia to permit the Government to dismiss charges against petitioner."); *Bronsozian v. United States*, No. 19-6220, 2020 WL 1906543, at *1 (U.S. Apr. 20, 2020) ("Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of the pending application to vacate the judgment and dismiss the indictment."); *United States v. Burdeau*, 168 F.3d 352, 359 (9th Cir. 1999) ("Under Federal Rule of Criminal Procedure 48(a), the government has the power to move to dismiss any count of the indictment as long as the defendant's appeal is pending and the decision is therefore not final.").

3. The undersigned has contacted Steve Kiersh, Esq., the defendant's attorney, who has indicated that he does not oppose this motion.

## Conclusion

WHEREFORE, the United States respectfully requests that this Court enter an order vacating the defendant's convictions and remanding the case to the district court for dismissal with prejudice under Federal Rule of Criminal Procedure 48(a).

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/
MARY C. FLEMING
D.C. Bar #1048019
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
mary.fleming@usdoj.gov

## Certificate of Service

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Steve Kiersh, Esq., on this 24th day of January 2025.

/s/
MARY C. FLEMING
Assistant United States Attorney

## Certificate of Compliance with Rule 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 359 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARY C. FLEMING
Assistant United States Attorney

# EXHIBIT 4

*D.C. CIRCUIT ORDER VACATING JUDGMENT AND DIRECTING ISSUANCE OF MANDATE FORTHWITH*

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3051** **September Term, 2024**

**1:21-cr-00078-RCL-1**

**Filed On:** February 27, 2025

United States of America,

Appellee

v.

John Earle Sullivan,

Appellant

**BEFORE:** Childs, Pan, and Garcia, Circuit Judges

**ORDER**

Upon consideration of the unopposed motion to vacate convictions and remand for dismissal, it is

**ORDERED** that the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot. See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk

# EXHIBIT 5

*DISTRICT COURT ORDER DISMISSING CASE (DKT. 164)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JOHN EARLE SULLIVAN,**<br><br>*Defendant.* | **Case No. 1:21-cr-78-RCL-1** |

**ORDER**

Upon consideration of the D.C. Circuit's Order of February 27, 2025, No. 24-3051, it is hereby **ORDERED** that the case is **DISMISSED AS MOOT**.

**SO ORDERED**

Date: March 4, 2025

Royce C. Lamberth
United States District Judge

# EXHIBIT 976

*OFFICIAL DCDOC OFFICE OF INVESTIGATIVE SERVICES (OIS) PREA INVESTIGATION PACKET (OIS CASE #2024 - 0001 / IAPRO #4144 & #4337; INMATE JOHN SULLIVAN DCDC #387289)*

# DC Department of Corrections

# PREA Incident Report

## Incident Detail

| | |
|---|---|
| Case Number | 2024-0001 |
| Date/Time of Received | 12/29/2023 |
| Entered By | PREA Compliance Specialist Cortney Savage |
| Date/Time of Occurrence | 12/21/2023 |
| Date/Time Entered | 01/02/2024 07:20 |
| Record ID Number | 4144 |
| Not Used | — |
| Status | Completed |
| Disposition | Unsubstantiated |
| Date Completed | 01/11/2024 |
| Tags | Inmate on Inmate Sexual Abuse |
| Classifications | () |
| Source of information | Grievance |
| Priority | Medium |

## Incident Location

| | |
|---|---|
| Location of Occurrence | CDF |
| Addresses | — |

## Assignments

| | |
|---|---|
| Unit Assigned | PREA |

| | |
|---|---|
| Investigator Assigned | Investigator [redacted] |
| Field Investigator | [Pending assignment] |
| Supervisor Assigned | [redacted] |
| Outside Investigator | — |

Incident Level Organization Assignments

| | | | |
|---|---|---|---|
| Facility | Central Detention Facility | Location | NE-1 |
| Shift | 2 | U Define 4 | — |
| U Define 5 | — | U Define 6 | — |

## Mailbox Routings

There are no mailbox routings

## Summary

Received an Emergency Grievance on 12/29/23 from Inmate Sullivan

"I would like to report sexual misconduct that I experienced in the shower this morning via several inmates who made sexual advances on me both verbally and physically both of which were not welcome and I repeatedly asked the individuals to stop for which they did not. Several of the inmates trying to touch me in the shower had a shank on them causing me to fear for my safety and ability to vocally and physically defend myself. This happened around 1:00 pm in the lower showers of the unit. This is not easy for me to come forward and address, so thank you for your help in addressing this situation."

*******Final Report******

On December 29, 2023, the Office of Investigative Services (OIS) received notification from PREA Compliance Specialist Ms. C. Savage, indicating that Inmate John Sullivan (DCDC #387289) reported through the Inmate Grievance Form (IGP), that [redacted] "made sexual suggestive jokes," while he was in the shower. Inmate Sullivan further alleged that this occurred on December 21, 2023, while he was housed in the NE-1 Housing Unit at the Central Detention Facility (CDF), where [redacted] is also housed.

Inmate Sullivan during an interview on January 02, 2024, identified the Inmate involved as [redacted] Inmate Sullivan also Identified four (4) possible witness [redacted]. The Witness Inmates were identified as [redacted] and [redacted]. All four (4) Inmates were also interviewed on January 02, 2024 and were unable to corroborate Inmate Sullivan's version of events. The four (4) Inmates also denied having any knowledge of this incident, but did admit that Inmates hang out around the shower and do joke around with one another. Also, [redacted] during an interview on January 02, 2024, denied any and all allegations as reported by Inmate Sullivan. OIS also reviewed Body Worn Camera (BWC) footage as well as the Surveillance Video (CSC) and was unable to secure any evidence to corroborate Inmate Sullivan's allegations.

It should be noted that throughout this Investigation, there were no substantiated allegation (s), complaint (s), or findings of Sexual Abuse, as such the Metropolitan Police Department's Sexual Assault Investigative Unit (MDP-SAIU) was not notified. Also, during the Investigation of these allegations, OIS produced no known evidence that would suggest that any internal Department of Corrections (DOC) policies and/or procedures, were violated by DOC Staff Members. Based on the above-mentioned facts and circumstances, the OIS request that this case is closed, and classified as Unsubstantiated.

## Third-Parties/Inmates Involved

[redacted]

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted] | Gender | Male |
| Race | African-American | Ethnicity | Non-Hispanic |
| Addresses | 1901 D Street Southeast<br>Washington, DC, 20003 | Phone Numbers | — |
| Email | | | |
| Role | Inmate Witness | | |

Correctional

| | | | |
|---|---|---|---|
| Is Inmate | Yes | DCDC# | [redacted] |
| Date Booked | 05/13/2023 | PDID# | [redacted] |
| Inmate Facility | — | Release Date | — |
| Facility | Central Detention Facility | Unit/Area | NO-1 |
| [Un-used] | — | [Un-used] | — |
| [Un-used] | — | [Un-used] | — |

Injuries Sustained By Third-Party/Inmate

—

[redacted]

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted] | Gender | Male |
| Race | African-American | Ethnicity | Non-Hispanic |
| Addresses | 1901 D Street Southeast<br>Washington, DC, 20003 | Phone Numbers | — |
| Email | | | |

| | |
|---|---|
| Role | Inmate Witness |

Correctional

| | | | |
|---|---|---|---|
| Is Inmate | Yes | DCDC# | [redacted] |
| Date Booked | 12/28/2021 | PDID# | |
| Inmate Facility | — | Release Date | — |
| Facility | Central Detention Facility | Unit/Area | NE-1 |
| [Un-used] | — | [Un-used] | — |
| [Un-used] | — | [Un-used] | — |

Injuries Sustained By Third-Party/Inmate

—

[redacted]

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted] | Gender | Male |
| Race | African-American | Ethnicity | Non-Hispanic |
| Addresses | 1901 D Street Southeast<br>Washington, DC, 20003 | Phone Numbers | — |

| | |
|---|---|
| Email | |
| Role | Inmate Perpetrator |

Correctional

| | | | |
|---|---|---|---|
| Is Inmate | Yes | DCDC# | [redacted] |
| Date Booked | 07/12/2023 | PDID# | |
| Inmate Facility | — | Release Date | — |
| Facility | Central Detention Facility | Unit/Area | NO-2 |
| [Un-used] | — | [Un-used] | — |
| [Un-used] | — | [Un-used] | — |

Injuries Sustained By Third-Party/Inmate

—

[redacted]

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted] | Gender | Male |
| Race | African-American | Ethnicity | — |
| Addresses | 1901 D Street Southeast<br>Washington, DC, 20003 | Phone Numbers | — |
| Email | | | |
| Role | Inmate Witness | | |

Correctional

| | | | |
|---|---|---|---|
| Is Inmate | Yes | DCDC# | [redacted] |
| Date Booked | 10/08/2021 | PDID# | |
| Inmate Facility | — | Release Date | — |
| Facility | Central Detention Facility | Unit/Area | NO-1 |
| [Un-used] | — | [Un-used] | — |
| [Un-used] | — | [Un-used] | — |

Injuries Sustained By Third-Party/Inmate

—

John Sullivan

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted] 994 | Gender | Male |
| Race | — | Ethnicity | — |
| Addresses | — | Phone Numbers | — |
| Email | | | |
| Role | Inmate Victim | | |

Correctional

| | | | |
|---|---|---|---|
| Is Inmate | Yes | DCDC# | 387289 |
| Date Booked | — | PDID# | — |
| Inmate Facility | — | Release Date | — |
| Facility | Central Detention Facility | Unit/Area | SO-1 |
| [Un-used] | — | [Un-used] | — |
| [Un-used] | — | [Un-used] | — |

Injuries Sustained By Third-Party/Inmate
—

[redacted]

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted] | Gender | Male |
| Race | African-American | Ethnicity | Non-Hispanic |
| Addresses | — | Phone Numbers | — |
| Email | | | |
| Role | Inmate Witness | | |

Correctional

| | | | |
|---|---|---|---|
| Is Inmate | Yes | DCDC# | [redacted] |
| Date Booked | 10/22/2023 | PDID# | [redacted] |
| Inmate Facility | — | Release Date | — |
| Facility | Central Detention Facility | Unit/Area | NE-1 |
| [Un-used] | — | [Un-used] | — |
| [Un-used] | — | [Un-used] | — |

Injuries Sustained By Third-Party/Inmate
—

## Tasks

| Task Type | Due Date | Task Completed Date | Summary |
|---|---|---|---|

| | | |
|---|---|---|
| Request for Inmate Movement | 01/03/2024 | Good evening,<br><br>The Office of the PREA Coordinator received this Emergency IGP today indicating the threat of sexual abuse and the presence of a weapon (see attached). Please interview this inmate and make the necessary moves to ensure his safety. Feel free to contact me if necessary.<br><br>The inmate listed below was re-housed to SO-1 RHU/54 without further incident. |

| | | |
|---|---|---|
| Inmate Interview | 01/02/2024 | PREA Compliance Specialist met with Inmate Sullivan the medical room of the IRC. [redacted] was on the phone line for interview. Inmate Sullivan said his concern was when he was in the shower, inmates came up and he had previous knowledge of them having knives. Inmate said they came and messed with him while he was in the shower and attempted to touch him while in the shower. Inmate said his safety was under threat. Inmate Sullivan said he told the inmates that he would put up a fight if he needed to. Inmate said it was very uncomfortable. Inmate said he got into the shower and threw his clothing out which they picked up and then hung up on the door handle. The incident occurred on 12/21/23 approximately 1:00 pm. Inmate said this occurred on the lower right side. Inmate was unable to identify the inmates or cell numbers of the inmates. Inmate Sullivan did say one inmate was caught with a knife after he filed the IGP. Inmate said on previous occasion this inmate was behind him in the shower area holding a knife. Inmate said it was longer than three inches. Inmate Sullivan said he filed an IGP on that incident. Inmate Sullivan said this inmate was subsequently found in possession of the "knife" on last Thursday or Friday (12/28 or 12/29). Inmate said he was housed on the bottom right tier cell 63. Inmate was unable to say where the inmates were housed on the right side of the unit. Inmate Sullivan denied being touched but said it was only because he moved out of the way. Sullivan said they reached through the curtains toward his waist area. Inmate Sullivan said there may have been four or five inmates in the space however he refrained from making eye contact. Inmate Sullivan said the comments being made were "oh he's going to get fucked in the ass" and "he wants it". Inmate said he has it written down. Inmate said he has only been here for a month; he has seen them around the unit, and they are some of the loudest. Inmate Sullivan said the inmates smoke K-2. Inmate said they use batteries from the tv remote or the electrical socket. Inmate said he was offered some K-2 and described it as a little tab. Inmate was unable to identify the inmate who offered him K-2 but said he wears glasses. [redacted] said he will research and reinterview Inmate Sullivan on tomorrow (1/3/2024). Inmate said this is the first-time comments were made of this nature. He was able to recall another inmate asking if he was gay. Inmate said he told the inmate he had a girlfriend outside. Inmate initially denied fearing for his sexual safety in S-1. Inmate then stated he is J-6 inmate. Inmate Sullivan did say the inmates in NE-1 were aware of his status as a J-6 inmate. Inmate was informed to keep on his underwear in the shower. Inmate Sullivan said de did not see a weapon at this time but knows from prior interaction. Inmate was informed that I will keep him up to date on his investigation and if he is still in custody, he |

| | | | |
|---|---|---|---|
| | | | will be informed of his case closure and finding. Inmate Sullivan stated that some of the inmates involved with his incident are housed in S-1 with him now. Inmate Sullivan was again unable to provide any identifying information of the inmates. Inmate Sullivan did say he heard the inmates talking about the situation using "code names". Inmate said two of the persons are housed on the tier with him. Inmate said they have not made a threat to him since being in the unit however they have knives and made threats to him earlier. |
| Review of Housing | | 01/02/2024 | Due to Inmate Sullivan stating inmates involved in the PREA allegation are housed in S1 on the same tier with him, PREA conferred with Operations [redacted] to discuss alternative housing options. Inmate is being charged with crimes from the Capitol on January 6th however he is a Black Lives Matter Supporter and also allegedly recorded the death of another January 6th person and sold the video footage. [redacted] reached out via email to Legal Counsel regarding this inmate. [redacted] stated she would order rec alone and house alone status for this inmate while on S1. |
| Follow-up Interview with Complainant | 01/03/2024 | 01/03/2024 | |
| Interview 5 (five) Inmates | 01/03/2024 | 01/03/2024 | [redacted] |
| Keep Separates Issued | | 01/03/2024 | Keep separates issued between [redacted] |

## Attachments

| Date Attached | Description | Attachment Type |
|---|---|---|
| 01/04/2024 | [redacted] | m4a |
| 01/03/2024 | | m4a |
| 01/04/2024 | | m4a |
| 01/03/2024 | NE-1 Photo Array | pdf |

| Date Attached | Description | Attachment Type |
|---|---|---|
| 01/03/2024 | Screenshot 2024-01-03 073329 | png |
| 01/02/2024 | prea ne1 | pdf |
| 01/03/2024 | Screenshot 2024-01-03 072233 | png |
| 01/03/2024 | Screenshot 2024-01-03 073510 | png |
| 01/04/2024 | Sullivan | m4a |
| 01/04/2024 | Sullivan 1-3-23 | m4a |
| 01/03/2024 | Screenshot 2024-01-03 072328 | png |
| 01/03/2024 | Screenshot 2024-01-03 073206 | png |
| 01/03/2024 | [redacted] | m4a |
| 01/03/2024 | Screenshot 2024-01-03 073248 | png |
| 01/18/2024 | PREA CLOSURE (2) | pdf |
| 01/03/2024 | [redacted] | m4a |

## BlueTeam Routings

There are no BlueTeam chain routings

| | | | |
|---|---|---|---|
| ☐ DIRECTOR<br>☒ OIS CHIEF<br>☐ GENERAL RELEASE | **DC DEPARTMENT OF CORRECTIONS**<br>**OFFICE OF INVESTIGATIVE SERVICES**<br>**PREA INVESTIGATIVE REPORT**<br>**(Unfounded/Unsubstantiated)** | CASE NUMBER<br>**2024-0001** | PAGE<br>1<br>OF1 |
| | | LINKED CASE NUMBER | |
| TRACKING NUMBER | TYPE OF INCIDENT<br>**Sexual Misconduct** | DATE / TIME OCCURRED<br>**December 21, 2023** | |
| CASE STATUS | ☐ OPEN X CLOSED ☐ PENDING – INVESTIGATION CONTINUING - *explanation in narrative* | | |
| VIDEO ☐ YES X NO ☐ N/A *EXPLAIN IN NARRATIVE SECTION* | | DATE / TIME SUBMITTED<br>**January 11, 2024** | |
| LOCATION OF INCIDENT **Central Detention Facility (CDF NE-1)** | | | |

**PERSONS**

V - VICTIM R - REPORTING PERSON W - WITNESS CE - CIVILIAN EMP P - POLICE OFFICER
L - OTHER LAW ENFORCEMENT I - Inmate C - CORRECTIONAL OFFICER O - OTHER D-DECEDENT

| CODE | NAME LAST, FIRST | [redacted] | DCDC | INJURY | TREATED | HOSPITAL |
|---|---|---|---|---|---|---|
| 1<br>I | **Sullivan, John** | | **387289** | **N** | **N** | **N** |
| ADDRESS<br>**1901 D Street SE, Washington, D.C., 20003** | | [redacted] | SHIFT WORKING | ID NO | | |
| 2<br>I | [redacted] | RACE/SEX/DOB<br>[redacted] | DCDC<br>[redacted] | INJURY<br>**N** | TREATED<br>**N** | HOSPITAL<br>**N** |
| ADDRESS<br>**1901 D Street SE, Washington, D.C., 20003** | | DUTY STATUS | SHIFT WORKING | ID NO | | |

**NARRATIVE** *Explanation of the current status of the case (List an action items completed and/or pending task items that would assist in case closure).*

On December 29, 2023, the Office of Investigative Services (OIS) received notification from PREA Compliance Specialist Ms. C. Savage, indicating that Inmate John Sullivan (DCDC #387289) reported through the Inmate Grievance Form (IGP), that [redacted] "made sexual suggestive jokes," while he was in the shower. Inmate Sullivan further alleged that this occurred on December 21, 2023, while he was housed in the NE-1 Housing Unit at the Central Detention Facility (CDF), where [redacted] is also housed.

Inmate Sullivan during an interview on January 02, 2024, identified the Inmate involved as [redacted] Inmate Sullivan also Identified four (4) possible witness [redacted] The Witness Inmates were identified as [redacted] and [redacted] All four (4) Inmates were also interviewed on January 02, 2024 and were unable to corroborate Inmate Sullivan's version of events. The four (4) Inmates also denied having any knowledge of this incident, but did admit that Inmates hang out around the shower and do joke around with one another. Also, [redacted] during an interview on January 02, 2024, denied any and all allegations as reported by Inmate [redacted] also reviewed Body Worn Camera (BWC) footage as well as the Surveillance Video (CSC) and was unable to secure any evidence to corroborate Inmate Sullivan's allegations.

It should be noted that throughout this Investigation, there were no substantiated allegation (s), complaint (s), or findings of Sexual Abuse, as such the Metropolitan Police Department's Sexual Assault Investigative Unit (MDP-SAIU) was not notified. Also, during the Investigation of these allegations, OIS produced no known evidence that would suggest that any internal Department of Corrections (DOC) policies and/or procedures, were violated by DOC Staff Members. Based on the above-mentioned facts and circumstances, the OIS request that this case is closed, and classified as **Unsubstantiated**.

| REPORTING INVESTIGATOR | ASSIGNMENT | ORIGINAL REPORT LOCATION | SUPERVISOR APPROVING – KEVIN HAMMOND |
|---|---|---|---|
| [redacted] [redacted] 1/11/24 | **Investigator** | **OIS** | [redacted] 01/16/2024 |

RECEIVED
DEC 2 8 2023

Emergency Grievance

PP 4030.1
Attachment C

DOC
THE DEPARTMENT OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**

#__________

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**

- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business** days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| John Earle Sullivan | 387299 | NE1-63 | 12-21-23 | [signature] |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o Fire Safety/Sanitation/Risk Management | o Property | o Facilities Management |
| o Program and Activities | o Sentence Computation, Jail Credit, Over Detention | o Discrimination |
| o Personal Hygiene | o Finance | o Transportation |
| o Case Management Services | o Rules and Regulations | ✓ Safety and Security |
| o Health Care | o Staff Treatment | o Other |
| o Communications (mail, visits, telephone, legal) | o Religious Services | |
| o Food Service | | |

Date you sent an inmate request slip or asked for assistance: 12-21-23 To whom? Supervisor

COMMENT/CONCERN I would like to report sexual misconduct that I experienced In the Shower this morning via several inmates who made sexual advances on me both verbally and physically both of ~~which~~ which were not welcomed and I repetedly asked the individuals to Stop for which they did not. Several of the inmates trying to touch me in the Shower had a Shank on them causing me to fear for my Safty and ability to vocally and physically defend mySelf. This happened around 1:00pm in the lower showers of the unit. This is not easy for me to come forward and address, so thank you for your help in addressing this Situation.

***FOR DOC COMPLETION***Provide Response to the IGP Coordinator no later than ________

DOC RESPONSE: ________

☐ Resolved ☐ Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME________ SIGN________ DATE________

PRINT INMATE NAME ________ SIGN________ DATE________

INMATE GRIEVANCE COORDINATOR SIGNATURE ________ DATE________

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

# DC Department of Corrections

# PREA Incident Report

## Incident Detail

| | |
|---|---|
| Case Number | — |
| Date/Time of Received | 02/29/2024 |
| Entered By | PREA Compliance Specialist Cortney Savage |
| Date/Time of Occurrence | — |
| Date/Time Entered | 03/01/2024 07:17 |
| Record ID Number | 4337 |
| Not Used | — |
| Status | Completed |
| Disposition | Within Policy |
| Date Completed | 01/21/2025 |
| Classifications | () |
| Source of information | — |
| Priority | — |

## Incident Location

| | |
|---|---|
| Location of Occurrence | CDF |
| Addresses | — |

## Linked Numbers

| Link Type | Linked Number | Description | Created By | Created Date |
|---|---|---|---|---|
| — | 2024-0001 | — | PRE C Savage | 04/12/2024 |

## Assignments

| | |
|---|---|
| Unit Assigned | PREA |
| Investigator Assigned | [redacted] |
| Field Investigator | [Pending assignment] |
| Supervisor Assigned | [redacted] |
| Outside Investigator | — |

Incident Level Organization Assignments

| | | | |
|---|---|---|---|
| Facility | Central Detention Facility | Location | SO-1 |
| Shift | — | U Define 4 | — |
| U Define 5 | — | U Define 6 | — |

## Mailbox Routings

There are no mailbox routings

## Summary

Received and IGP from Inmate Sullivan
On 12-21-2023 in the NE-1 unit I experienced Sexual Misconduct from several inmates in the shower via threats and harassment and repeated it to the DOC via a Step:1 Informal Resolution. I met with Ms. Savage the PREA Compliance Specialist concerning these matters and positively ID 3-4 individuals who made repeated and unwelcome sexual advances, comments, threats, and among many things which I have documented thoroughly, yet nothing has been done to address and resolve this other than throw me (the victim) in Protective Custody in retaliation for me speaking out against the sexual misconduct I experienced from other inmates looking to sexually assult me in the shower. This has severely impacted my mental, physical and emotional wellbeing, I should not face such retaliation from the DOC staff. Nor should the sexual misconduct I have experienced be overlooked.

Inmates allegation was investigated by OIS and closed Unsubstantiated. Notice of case closure was mailed February 2024.

## Third-Parties/Inmates Involved

John Sullivan

| | | | |
|---|---|---|---|
| Date Of Birth | [redacted]994 | Gender | Male |
| Race | — | Ethnicity | — |
| Addresses | — | Phone Numbers | — |

| | | | | | |
|---|---|---|---|---|---|
| Email | | | | | |
| Role | — | | | | |
| Correctional | Is Inmate | Yes | DCDC# | 387289 | |
| | Date Booked | 11/16/2023 | PDID# | — | |
| | Inmate Facility | — | Release Date | — | |
| | Facility | Central Detention Facility | Unit/Area | SO-1 | |
| | [Un-used] | — | [Un-used] | — | |
| | [Un-used] | — | [Un-used] | — | |

Injuries Sustained By Third-Party/Inmate

—

## Attachments

| Date Attached | Description | Attachment Type |
|---|---|---|
| 03/08/2024 | IGP Response for John Sullivan 3-1-24 | docx |
| 04/12/2024 | PREA #20240412 (DCDC #387289)4-12-24 | pdf |
| 04/12/2024 | IGP Response for John Sullivan 3-1-24 | pdf |
| 03/01/2024 | PREA | pdf |

## BlueTeam Routings

There are no BlueTeam chain routings

Emergency Grievance - Sexual Misconduct

Personal del DOC: Nombre en letra de imprenta: ________Firma: ______ Fecha: ______

PP 4030.1
Adjunto D

DOC
THE DEPARTMENT OF CORRECTIONS

DEPARTAMENTO CORRECCIONAL DEL DISTRITO DE COLUMBIA

# FORMULARIO DE QUEJA FORMAL DEL PRESIDIARIO

A SER COMPLETADO POR EL COORDINADOR DE QUEJAS DEL PRESIDIARIO
NÚMERO DE IGP:
#________

RECEIVED
FEB 2 9 2024
By

## PASO 2: QUEJA FORMAL (A ser completado por el presidiario)

- El presidiario tiene cinco (5) días después de recibir una respuesta a la Resolución informal para presentar el Formulario de queja formal.
- Coloque este formulario en la caja de IGP de la unidad de vivienda. El coordinador de IGP responderá dentro de quince (15) días hábiles.

| NOMBRE DEL PRESIDIARIO: John Earl Sell [illegible] | N.° de DCDC: 387 289 | UNIDAD: Sw-1 | FECHA: 02-16-2024 |
|---|---|---|---|

SELECCIONE LOS DEPARTAMENTO/SERVICIOS NECESARIOS:

- ○ Transferencia de instalaciones
- ○ Seguridad contra Incendios y Saneamiento / Gestión de Riesgos
- ○ Programa y actividades
- ○ Higiene personal
- ○ Servicios de administración de casos
- ○ Cuidado de la salud
- ○ Comunicaciones (correo, visitas, teléfono)
- ○ Bienes
- ○ Cálculo de la condena, crédito de la cárcel, detención excesiva
- ○ Finanzas
- ○ Normas y reglamentaciones
- ○ Trato del personal
- ✓ Servicio de alimentos
- ○ Servicios religiosos
- ○ Administración de instalaciones
- ○ Discriminación
- ○ Transporte
- ○ Protección y seguridad
- ○ Otro

**PARA EL PRESIDIARIO:** ¿Se ha resuelto este problema? Sí ☐ o NO ☑ Si la respuesta es "no", marque la casilla "NO" y coloque este formulario en la caja de IGP de la unidad de vivienda con una copia del FORMULARIO INFORMAL DE RESOLUCIÓN CON RESPUESTA.

**MOTIVO NO RESUELTO:** On 12-21-2023 in the NE-1 unit I experienced Sexual Misconduct from Several inmates in the Shower via threats and harassment and reported it to the DOC via a Step 1 Informal Resolution. I met with Ms Savage the PREA compliance Specialist concerning these matters and positively ID 3-4 individuals who made repeated and unwelcomed Sexual advances, comments, threats, and among many things which I have documented ~~[illegible]~~ thoroughly, yet nothing has been done ~~[illegible]~~ to address and resolve this other than throw me (the victim) in Protective Custody in retaliation for me Speaking out against the Sexual Misconduct I experienced from other inmates looking to Sexually Assault me in the Shower. This has Severely impacted my mental, Physical and emotional Wellbeing. I Should not face such retaliation from the Doc staff. Nor Should the Sexual Misconduct I have experienced be overlooked.

FIRMA DEL PRESIDIARIO: [signature] FECHA: 02-16 2024

***** PARA SER COMPLETADO POR EL DOC *** Dar una respuesta al Coordinador de IGP a más tardar el ________.**

**RESPUESTA DEL DOC:** ________________________________

________________________________

________________________________

________________________________

________________________________

NOMBRE EN LETRA DE IMPRENTA DE LA PERSONA QUE RESPONDE: ____________ FIRMA DE LA PERSONA QUE RESPONDE: ____________ FECHA: ________

DEPARTAMENTO: ________ NOMBRE DEL DIRECTOR: ________ FIRMA DEL DIRECTOR: ________

FIRMA DEL COORDINADOR DE QUEJAS DEL PRESIDIARIO: ____________ FECHA: ________

Original: Coordinador de IGP
Copia 1: Respuesta del presidiario
Copia 2: Presidiario

12/2019

Emergency Grievance - PREA

DOC THE DEPARTMENT OF CORRECTIONS

RECEIVED APR 1 2 2024

PP 4030.1
Attachment F

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**LEVEL 1 APPEAL—**
**ADMINISTRATIVE REMEDY**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**
#____________

## STEP 3: REQUEST FOR ADMINISTRATIVE REMEDY

- Inmate has five (5) days from receipt of Formal Grievance response to submit request.
- Place this form in the housing unit IGP box. The affected Department Administrator will issue a response to the grievance within 15 business days of receipt.
- If the issue has not been resolved, inmate has five (5) business days from receipt of response from the Department Administrator to submit an Appeal- Deputy Director Form with ALL prior responses attached and placed in the IGP box.

| INMATE NAME: | DCDC#: | UNIT: | DATE: |
|---|---|---|---|
| John Earle Sullivan | 387 289 | South-1:50 | 04-04-2024 |

Reason for Appeal: The reason for my appeal is due to no action being taken by the Doc towards the PREA I filed with the Doc in regards to an attempted Sexual assault by inmates who had knifes and who were threating to rape me in the showers near the lower right tier of the NE-1 unit on 12-21-2023. Sadley however the only thing the Doc has done is retaliated against me (the victum) for Speaking-out against the attempted Sexual assault by throwing me in the Hole (South-1) for over 98 day's straight and Subjected me to both mental and physical tourture as well as deprived me of many of my basic rights as an inmate housed in your facility.

Inmate Signature [signature] Date 04-04-2024

***** FOR DOC COMPLETION ***** **Provide response to the IGP Coordinator no later than**__________

**ADMINISTRATOR'S RESPONSE:** __________

ADMINISTRATOR'S SIGNATURE __________ DATE ________

INMATE GRIEVANCE COORDINATOR SIGNATURE __________ DATE ________

Initial – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate
Revised 5/2022

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
OFFICE OF INVESTIGATIVE SERVICES

DOC
THE DEPARTMENT
OF CORRECTIONS

*MEMORANDUM*

TO: John Sullivan #387289

FROM: [redacted]

DATE: March 1, 2024

RE: Response to Inmate Grievance (*dated 2/16/24*)

---

After receiving your "Emergency Grievance" reporting your experience of sexual misconduct in the NE-1 Housing Unit (protective custody) shower area on December 29, 2023, several steps were taken to ensure your safety:

1) You were immediately re-housed in SO-1 Housing Unit and remained on protective custody status;

2) Separation orders were established amongst you and the alleged perpetrators; and

3) On January 2, 2024, you were interviewed by the PREA Compliance Specialist and the Office of Investigative Services (OIS).

After further investigation with OIS, which included interviews of the alleged witnesses along with review of video surveillance footage, OIS determined an unsubstantiated finding, meaning there wasn't enough evidence to determine the incident occurred or didn't occur; and on February 8, 2024 my office sent you a case closure letter via mail. At this time, no further actions are needed.

Cc: [redacted]

---

# EXHIBIT 977

*OFFICIAL DCDOC / UNITY HEALTH CARE JANUARY 26, 2024 DENTAL RECORD AND 17 PAGES OF UNANSWERED PS 6001.1 SICK CALL REQUEST FORMS (NOVEMBER 2023 - MAY 2024)*

**District Of Columbia**
**Central Detention Facility**
**Health Services**

# DENTAL RECORD-MEDICAL FORM

John Earle Sullivan — 387258

**Patient's Name** — **DCDC#**

Sw-1 — 56 — [redacted]

**Housing Unit** — **Cell#**

**MEDICAL HISTORY:**
Circle Yes or No (Leave blank if in doubt)

1 Do you have or have you ever had?

| | | | |
|---|---|---|---|
| Rheumatic Fever | Yes (No) | Heart Murmur | Yes (No) |
| Heart Condition | Yes (No) | High Blood Pressure | (Yes) No |
| Hepatitis | Yes (No) | Tuberculosis | Yes (No) |
| Convulsions | Yes No | Diabetes | Yes (No) |
| Asthma | Yes (No) | Sickle Cell Disease | Yes (No) |
| Epilepsy | Yes (No) | Hx of I V Drug Abuse | Yes (No) |
| Bleeding Problems | Yes (No) | Sexually Transmitted Disease | Yes (No) |

2 Are you now under medical care? Yes (No)
If yes, list reason ______

3 Are you taking medicatio[redacted]
If yes, list medications: [redacted]

4 Do you have any allergies to food or medications? Yes (No)
If yes, please list ______

5 Have you ever been hospitalized? (Yes) No
If yes, list reasons: Broken Ankel (10 years ago)

6 FEMALES: Are you pregnant? Yes (No)
If yes, list expectant date ______

**PATIENT SIGNATURE:** [signature]

I agree to having x-rays taken of my teeth and jaws in order to determine my dental problems. I have had a treatment plan explained to me, including alternatives on recommendations of no treatment. I have the opportunity to ask questions which have been answered to my satisfaction. I understand there is no guarantee of success of performance of the treatment. I understand this contract will remain in effect for one year.

[signature] — 01-26-2024
**PATIENTS SIGNATURE** — **DATE**

[signature] DDS — 1·26·24
**PROVIDERS SIGNATURE** — **DATE**

**NOTES**

R

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad NE 1 Cell/Celda # 63

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| ✓ | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I have been without my mental health medication for over a week even though I have requested it on multiple location and occasions.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente [signature] Date/Fecha 11/27/2023

Medical Provider ______________________

Date ____________ Time ____________ ☐ am ☐ pm

received
11·28·13
MM

04-05-2024

PS 6001.I

DC DOC
District of Columbia Department of Corrections

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387 289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| ✓ | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I continue to have a rapid deteriorating eye Sight, with large black dots forming within critical areas of my vision, please help! I have been Seeking help for months.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider

Date ______ Time ______ am pm

RECEIVED
APR 07 2024

04-14-2024

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad South-1: Cell/Celda # 50

Check only one box per slip / Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) / Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

Due to the hazardous environment in South-1 my eye sight is deteriorating along with my Overall health, I am requesting to be seen by an optometrist ASAP, please and thank you.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente ______ Date/Fecha No Date

Medical Provider ______

Date ______ Time ______ ☐ am ☐ pm

RECEIVED
APR 15 2024

CS RN

04-14-2024

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sull [redacted]

Date of Birth/Fecha de Nacimiento: July [redacted]

DCDC# 387289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

[redacted]

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente ____________ Date/Fecha

Medical Provider ____________

Date ____________ Time ____________ ☐ am ☐ pm

1 2024

CS RN

05-02-2024

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

G

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad South -1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I have an infected wound that has swelled to a considerable size that needs medical treatment, please.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente ______ Date/Fecha No Date

Medical Provider ______

Date ______ Time ______ ☐ am ☐ pm MN

received 5-3-24

9:25AM / 05-05-2024

PS 6001.I

DC DOC

District of Columbia Department of Corrections

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387 289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I have an open wound on the bottom right side of my butt cheek that is extreamly infected, leaking large amounts of puss, Immediate medical attention is required!

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider None

Date ______ Time ______ ☐ am ☐ pm

RECEIVED
MAY 06 2024
OS

9:25AM / 05-05-2024

PS 6001.I

DC DOC

District of Columbia Department of Corrections

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387 289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip | Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) | Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I have an open wound on the bottom right side of my butt cheek that is extreamly infected, leaking large amounts of puss, Immediate medical attention is required!

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider None

Date ____________ Time ____________ ☐ am ☐ pm

RECEIVED
MAY 06 2024

CS

9:25AM / 05-05-2024

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387 289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I have an open wound on the bottom right side of my butt cheek that is extreamly infected, leaking large amounts of puss, Immediate medical attention is required!

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider

Date ______ Time ______ ☐ am ☐ pm

RECEIVED
MAY 06 2024

OS

9

PS 6001.I

DC DOC

District of Columbia Department of Corrections

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earl Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad SW-1 Cell/Celda # 54

Check only one box per slip | Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) | Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| ✓ | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

Inmates have been smoking in their cells illegal drugs causing irritation and problems ~~to~~ my lungs, sinuses, brain function, breathing and eyes. I have addressed it with staff but no remedy has been given.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

No date

Patient Signature/Firma del paciente | Date/Fecha

Medical Provider ______________________

Date ______________ Time ______________ ☐ am ☐ pm

received 11/10/2 MW

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad Sw-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

At 10:58 pm in the lower Rec. Room of the unit with the video call Stations, I believe I had a Seizer, for which I stand up my body convulsed and I blacked out. Please check the security cameras.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente ______ Date/Fecha ______

No date

Medical Provider ______

Date ______ Time ______ ☐ am ☐ pm

[illegible] mm

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad Sw-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| ✓ | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| ✓ | Coughing | | Tos |
| ✓ | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

Inmates continue to smoke in their cells giving me second hand smoke due to the toxic fumes I have had a difficulty breathing at times shortness of breath and at times a cough. I have asked for help on many occassions but no one seems to take my health seriously.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente — Date/Fecha

No date

Medical Provider

Date ______ Time ______ ☐ am ☐ pm

[illegible]

MM

DC DOC

PS 6001.I

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad Sw-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| ✓ | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| ✓ | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I have had a fever and a cold for the past 3 day and I ~~[illegible]~~ also have an infection in my nose that hurts so bad, that it brings tears to my eyes to touch my nose area.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

_______________________

atient Signature/Firma del paciente Datc/Fecha

edical Provider _______________________ NO date

_______________________ Time _______________________ ☐ am ☐ pm

received 9/19/24
CS

DC DOC

PS 6001.I

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

[redacted]

Date of Birth/Fecha de Nacimiento: July | 18 | 1994

DCDC# [illegible] 327 389 Housing Unit/Unidad Sw-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| ✓ | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| ✓ | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

For the Past 3 days I have fever and an infected nose causing Sever pain. Please May I See a doctor for this Symptoms if they get even worse!

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia pídale al oficial que llame al medico de turno.

Patient Signature/Firma Paciente ______ Date/Fecha [illegible]

Medical Provider ______

Date ______ Time ______ ☐ am ☐ pm

[illegible]

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip — Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| ✓ | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) — Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| ✓ | A fever | | Una fiebre |
| | Coughing | | Tos |
| ✓ | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| ✓ | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

Every month since I have been housed in the South-1 unit I have become violently sick due to unsanitary and unhealthy living conditions to which I have been forced to be housed in for over 90 day's straight with Rodents, Smoke and more.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente                Date/Fecha  No Date

Medical Provider ______________________

Date ____________ Time ____________ ☐ am ☐ pm

RECEIVED
MAR 31 2024
CS

 04-03-2024

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

9

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387 289 Housing Unit/Unidad South -1 Cell/Celda # 50

Check only one box per slip | Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| ✓ | Other | | Otro |

I have (check all that apply) | Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I need to See the Optometrist due to Vision Issues involving large black dots forming and My need for perscription glsses.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider Moore

Date ______ Time ______ [ ] am [ ] pm

RECEIVED
APR 04 2024
VW

04-03-2024

PS 6001.I

DC DOC

DC Department of Corrections
Sick Call Request Form

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| ✓ | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| | Other | | Otro |

I have (check all that apply) Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I am Seeking to Keep the health of my teeth and recieve a teeth cleaning to prevent My teeth from deteriorating.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider

Date ____ Time ____ ☐ am ☐ pm

NOOXE

APR 04 2024
VW

04-05-2024

PS 6001.I

DC DOC
District of Columbia Department of Corrections

DC Department of Corrections
Sick Call Request Form

9

Name/Nombre: John Earle Sullivan

Date of Birth/Fecha de Nacimiento: [redacted]

DCDC# 387 289 Housing Unit/Unidad South-1 Cell/Celda # 50

Check only one box per slip Marque solo una casilla por papelata

| | | | |
|---|---|---|---|
| | I wish to be seen at Sick Call | | Yo deseo el visto por el doctor |
| | Dental Treatment | | Tratamiento Dental |
| | Mental Health | | Salud Mental |
| ✓ | Other | | Otro |

I have (check all that apply) Tengo (marque todo lo que corresponda)

| | | | |
|---|---|---|---|
| | A fever | | Una fiebre |
| | Coughing | | Tos |
| | Difficulty breathing/ shortness of breath | | Dificultad para respirar/ falta de aliento |
| | Headache/Body Ache | | Dolor de cabeza o dolor corporal |
| | Upset stomach | | Dolor de barriga |

Comments/Comentarios

I continue to have a rapid deteriorating eye sight, with large black dots forming within critical areas of my vision, please help! I have been seeking help for months.

For any emergency ask the officer to call the medical unit.
Para cualquier emergencia, pidale al oficial que llame al medico de turno.

Patient Signature/Firma del paciente Date/Fecha

Medical Provider ______

Date ______ Time ______ ☐ am ☐ pm

RECEIVED
APR 07 2024

# EXHIBIT 978

*OFFICIAL DCDOC / UNITY HEALTH CARE ELECTRONIC HEALTH RECORD (EHR) AND MAY 2024 / JUNE 2026 MEDICATION ADMINISTRATION RECORD (MAR) COMPILATION (DCDC #387289)*

SYMBOL KEY:
H - HOSPITAL
X - NOT DUE
Ø - NOT ADMINISTERED See Notes
/ - MISSED DOSE
NR - Not Recorded

SITE KEY:
43. Arm, Lower Left
44. Arm, Lower Right
45. Arm, Upper Left
46. Arm, Upper Right
50. Buttocks, Right
51. Chest, Upper Left
57. Eye, Left
73. Nare, Both
77. Other
111. Back, Lower Left

| Dose by Dose Med Order | Freq. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/C - 5/9/2024 4:57:20 AM [redacted] TAKE 1 CAPSULE BY MOUTH AT BEDTIME RX: 2458260 | 08:00P | SD1 | MS1 | MS1 | AB1 | BO1 | AE1 | AE1 | MS1 | D/C | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| D/C - 5/16/2024 3:29:21 PM [redacted] 5/13/2024 TAKE 1 CAPSULE BY MOUTH AT BEDTIME RX: 2470885 | 08:00P | X | X | X | X | X | X | X | X | X | X | X | X | AD1 | AD1 | Ø | D/C | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| DIPHENHYDRAMINE HCL 25MG CAP 5/16/2024 TAKE 1 CAPSULE BY MOUTH AT BEDTIME RX: 2471757 | 08:00P | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | AD1 | BO1 | AD1 | AD1 | AD1 | AD1 | AD1 | AD1 | MN2 | MS1 | MS1 | BO1 | MS1 | WS1 | WS1 | MS1 |
| D/C - 5/9/2024 4:57:21 AM PROVIGIL 100MG TAB 3/5/2024 TAKE 1 TABLET BY MOUTH EACH DAY RX: 645391 | 09:00A | MG2 | MG2 | EN1 | AB1 | JJ3 | JJ3 | MG2 | MG2 | D/C | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| D/C - 5/16/2024 3:29:24 PM PROVIGIL 100MG TAB 5/13/2024 TAKE 1 TABLET BY MOUTH EACH DAY RX: 646933 | 09:00A | X | X | X | X | X | X | X | X | X | X | X | X | X | AB1 | AB1 | AB1 | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| PROVIGIL 100MG TAB 5/16/2024 TAKE 1 TABLET BY MOUTH EACH DAY RX: 647036 | 09:00A | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | AB1 | CN1 | AB1 | AB1 | AB1 | Ø | AB1 | EN1 | MG2 | MG2 | MG2 | MG2 | MG2 | MG2 | MG2 |
| D/C - 5/9/2024 4:57:19 AM SERTRALINE HCL 25MG TAB 3/5/2024 TAKE 3 TABLETS BY MOUTH AT BEDTIME RX: 2458262 | 08:00P | SD1 | MS1 | MS1 | AB1 | BO1 | AE1 | AE1 | MS1 | D/C | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Dose by Dose Med Order | Freq. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Patient: JOHN SULLIVAN
DOB: [redacted]994
DOC: 387289
Physician:
CENTRAL DETENTION FACILITY
Allergies: none
Location: CTFP M96

SYMBOL KEY:
H - HOSPITAL
X - NOT DUE
Ø - NOT ADMINISTERED See Notes
/ - MISSED DOSE
NR - Not Recorded

SITE KEY:
43. Arm, Lower Left
44. Arm, Lower Right
45. Arm, Upper Left
46. Arm, Upper Right
50. Buttocks, Right
51. Chest, Upper Left
57. Eye, Left
73. Nare, Both
77. Other
111. Back, Lower Left

| Dose by Dose Med Order | Freq. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/C - 5/16/2024 3:29:17 PM<br>SERTRALINE HCL 25MG TAB 5/13/2024<br>TAKE 3 TABLETS BY MOUTH AT BEDTIME | 08:00P<br>RX: 2470888 | X | X | X | X | X | X | X | X | X | X | X | X | AD1 | AD1 | Ø | D/C | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| SERTRALINE HCL 25MG TAB 5/16/2024<br>TAKE 3 TABLETS BY MOUTH AT BEDTIME | 08:00P<br>RX: 2471754 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | AD1 | BO1 | AD1 | AD1 | AD1 | AD1 | AD1 | AD1 | MN2 | MS1 | MS1 | BO1 | MS1 | WS1 | WS1 | MS1 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose by Dose Med Order | Freq. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Patient: JOHN SULLIVAN
DOB: [redacted]994

DOC: 387289
Physician:

CENTRAL DETENTION FACILITY
Allergies: none

Location: CTFP M96

*Result: E EFFECTIVE I INEFFECTIVE Ø NOT ADMINISTERED N SEE NOTES

| KOP/All PRN Medication | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/C - 5/7/2024 MUPIROCIN 2% OINT KOP: APPLY TO AFFECTED AREA TWICE DAILY | Date | 06 | | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| | Hour | 17:05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | DT1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | RX: 2469544 Order Date 5/6/2024 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D/C - 5/9/2024 [redacted] APPLY TO AFFECTED AREA TWICE DAILY | Date | | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | RX: 2469544 Order Date 5/6/2024 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D/C - 5/31/2024 MUPIROCIN 2% OINT KOP: APPLY TO THE AFFECTED AREA(S) TWICE DAILY | Date | 13 | | D/C | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| | Hour | 16:52 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | HN1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | RX: 2471060 Order Date 5/13/2024 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MUPIROCIN 2% OINT APPLY TO THE AFFECTED AREA(S) TWICE DAILY | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | RX: 2471060 Order Date 5/13/2024 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SD1 | Sandra David | HN1 | Henry Njoku PTECH | | | | | | | | |
| MG2 | Margaret Gordon | DT1 | Dawn Sybil Torain-Taylor | | | | | | | | |
| MN2 | Marcel Ngoh | | | | | | | | | | |
| EN1 | Emmerencia Ngwenyi | | | | | | | | | | |
| CN1 | Christiana Nwachukwu | | | | | | | | | | |
| WS1 | Wullaimatu Songowa | | | | | | | | | | |
| AB1 | Abigail Bentil LPN | | | | | | | | | | |
| AD1 | Aristacus Davies LPN | | | | | | | | | | |
| AE1 | Alexander Ebiringa LPN | | | | | | | | | | |
| JJ3 | Janet Jordine LPN | | | | | | | | | | |
| BO1 | Bejamin Olorunnisomo LPN | | | | | | | | | | |
| MS1 | Morufudeen Saheed LPN | | | | | | | | | | |

Patient: JOHN SULLIVAN
DOB: [redacted]994

DOC: 387289
Physician:

CENTRAL DETENTION FACILITY
Allergies: none

Location: CTFP M96

MAR For: May 2024 Page 4 of 4

**Medication Notes**

See PRN section for Verifying Signatures

**Instructions:**

**A.** SUGGEST REFUSED/WITHHELD MEDICATION

**B.** WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

SITE KEY:
43. Arm, Lower Left
44. Arm, Lower Right
45. Arm, Upper Left
46. Arm, Upper Right
50. Buttocks, Right
51. Chest, Upper Left
57. Eye, Left
73. Nare, Both
77. Other
111. Back, Lower Left

| Date | Time | Init. | Drug - Strength - Dosage | Site | Notes | Ob | Date | Time | Init. | Drug - Strength - Dosage | Site | Notes | Ob |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2024 | 17:05 | DT1 | MUPIROCIN 2% OINT | | For: KOP | | | | | | | | |
| 5/13/2024 | 16:52 | HN1 | [redacted]2% OINT | | For: KOP | | | | | | | | |
| 5/15/2024 | 20:00 | AB1 | [redacted]RAMINE HCL 25MG | | PT Refused/med not Administered, | | | | | | | | |
| 5/15/2024 | 20:00 | AB1 | SERTRALINE HCL 25MG TAB | | PT Refused/med not Administered, | | | | | | | | |
| 5/22/2024 | 09:00 | EN1 | [redacted]100MG TAB | | PT Refused/med not Administered, | | | | | | | | |

Patient: JOHN SULLIVAN
DOB: [redacted]994

DOC: 387289
Physician:

CENTRAL DETENTION FACILITY
Allergies: none

Location: CTFP M96

Report created by Accu-Flo

Printed: 3/3/2026 1:33:56 PM

MAR For: June 2026 Page 1 of 3

SITE KEY:

SYMBOL KEY:
H - HOSPITAL
X - NOT DUE
Ø - NOT ADMINISTERED See Notes
/ - MISSED DOSE

NR - Not Recorded

| Dose by Dose Med Order | Freq. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose by Dose Med Order | Freq. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Patient: JOHN SULLIVAN
DOB: [redacted]994

DOC: 387289
Physician:

CENTRAL DETENTION FACILITY
Allergies: none

Location: CTFP M96

Report created by Accu-Flo

Printed: 3/3/2026 1:34:31 PM

*Result: E EFFECTIVE I INEFFECTIVE Ø NOT ADMINISTERED N SEE NOTES

| KOP/All PRN Medication | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Initial | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Result | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | QTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE | INIT | FULL SIGNATURE AND TITLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Patient: JOHN SULLIVAN
DOB: [redacted]994

DOC: 387289
Physician:

CENTRAL DETENTION FACILITY
Allergies: none

Location: CTFP M96

**Medication Notes**

See PRN section for Verifying Signatures

**Instructions:**

**A.** SUGGEST REFUSED/WITHHELD MEDICATION

**B.** WHEN PRN MEDICATIONS ARE GIVEN, EXPLAIN

SITE KEY:

| Date | Time | Init. | Drug - Strength - Dosage | Site Non Oral | Notes | Ob ser Init | Date | Time | Init. | Drug - Strength - Dosage | Site Non Oral | Notes | Ob ser Init |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Patient: JOHN SULLIVAN
DOB: [redacted]994

DOC: 387289
Physician:

CENTRAL DETENTION FACILITY
Allergies: none

Location: CTFP M96

**JOHN SULLIVAN**
Male DOB: [redacted]994 387289

Home: 387289

**12/19/2025 - External Correspondence: SS-DDS-UTAH DEPT. WORKFORCE SERVICES**
**Provider: Lynda Boykin - HIMS Manager**
**Location of Care: Central Detention Facility**
**This document contains external references**

Disabilty packet has been faxed to DDD. Consent has been filed on chart.

**Electronically Signed by Lynda Boykin - HIMS Manager on 12/23/2025 at 12:00 PM**

---

**07/26/2024 - Internal Other: Appointment Canceled**
**Provider: Linda Fonju - NP**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to canceled by
Linda Fonju - NP on 07/26/2024 10:30 AM.

Cancellation Comments
---------------------

Inmate not on census per JACCS

Appointment Information
-----------------------

Appt Type:  MH_OP 3FL
     Date:  Friday, July 26, 2024
     Time:  8:25 AM for 5 min
  Urgency:  Routine
  Made By:  Linda Fonju - NP
 To Visit:  L. Fonju
   Reason:  NOC

Appt Comments
-------------
MH F/u
```

**Electronically Signed by Linda Fonju - NP on 07/26/2024 at 2:15 PM**

---

**06/07/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to canceled by
Linda Fonju - NP on 06/07/2024 10:00 AM.
```

**JOHN SULLIVAN**
Male DOB: [redacted] 994 387289

Home: 387289

```
Cancellation Comments
---------------------

NOC

Appointment Information
-----------------------

Appt Type:  MH_OP 3FL
     Date:  Friday, June 7, 2024
     Time:  8:45 AM for 5 min
  Urgency:  Routine
  Made By:  Linda Fonju - NP
 To Visit:  L. Fonju
   Reason:

Appt Comments
-------------
sick call: med
issues
```

---

**06/02/2024 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Mabel Marshall - RN**
**Location of Care: Central Detention Facility**

**Vital Signs**
Height: **72** in.
Temperature: **97.6** degrees F
(mm Hg)
Patient has no signs or symptoms related to COVID-19.

**Electronically Signed by Mabel Marshall - RN on 06/02/2024 at 3:07 PM**

---

**05/31/2024 - Federal Clearance 553: Form USM-553**
**Provider: Kathy Alston - MD**
**Location of Care: Central Detention Facility**

## USM-553 Medical Summary of Prisoner in Transit

TB Clearance: **Yes**
TST Completed: **05/12/2024**
Result: **0**

### I. PRISONER/ALIEN

**JOHN SULLIVAN**
Male DOB: [redacted] 994 387289

Home: 387289

Name: **JOHN SULLIVAN**
Prisoner/Alien Reg. #: **387289**
Date of Birth: [redacted] **994**

## II. CURRENT MEDICAL PROBLEMS

DENTAL RESTORATION STATUS (ICD-V45.84)
[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9)

**Medication Required For Care En Route**
[redacted] - Take 1 Tab by mouth QD.
[redacted] 2 % external ointment - apply topicallly to affected areas 2 times daily

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN, or CAR? **Yes**
Is prisoner medically able to travel by airplane? **Yes**
Is prisoner medically able to stay overnight at another facility en route to destination? **Yes**
Is there any medical reason for restricting the length of time prisoner can be in travel status? **No**
Does prisoner require any medical equipment while in transport status? **No**

Provider: **Kathy Alston - MD**
**(202) 698-0400**
Date of Signing: **05/31/2024**

**Electronically Signed by Kathy Alston - MD on 05/31/2024 at 9:32 PM**

---

**05/31/2024 - TextNote: MH CLEARANCE**
**Provider: Nilfa Maria Guzman - LPC**
**Location of Care: Central Detention Facility**

4.23 P.M. CLEARED FROM MENTAL HEALTH FOR FEDERAL DESTINATION

**Electronically Signed by Nilfa Maria Guzman - LPC on 05/31/2024 at 4:24 PM**

---

**05/27/2024 - TextNote: Sick Call TextNote**
**Provider: Priscilla Momoh - PA**
**Location of Care: Central Detention Facility**

```
MH S/C PT WAS SEEN 5/15/25, F/U APPT IS SCHEDULED 7/26/24
```

**Electronically Signed by Priscilla Momoh - PA on 05/27/2024 at 9:27 AM**

---

**05/27/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to canceled by
Priscilla Momoh - PA on 05/27/2024 9:27 AM.

Cancellation Comments
---------------------

MH S/C PT WAS SEEN 5/15/25, F/U APPT IS SCHEDULED 7/26/24

Appointment Information
-----------------------

Appt Type:  Sick Call_MD
     Date:  Monday, May 27, 2024
     Time:  12:55 PM for 5 min
  Urgency:  Routine
  Made By:  Priscilla Momoh - PA
 To Visit:  Green - INTK,NW3,NE3,NW2,SW2,NO2
   Reason:  SO1-35***

Appt Comments
-------------
MH S/C PT WAS SEEN 5/15/25, F/U APPT IS SCHEDULED
7/26/24
```

---

**05/27/2024 - Sick Call: sc**
**Provider: Daniel Kabba - MA**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

sc

**Electronically Signed by Daniel Kabba - MA on 05/27/2024 at 8:56 AM**

---

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

**05/17/2024 - Sick Call: sc**
**Provider: Daniel Kabba - MA**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

sc

**Electronically Signed by Daniel Kabba - MA on 05/17/2024 at 1:27 PM**

---

**05/17/2024 - TextNote: Sick Call TextNote**
**Provider: Kamilah Ray-Boyd - PA**
**Location of Care: Central Detention Facility**

Pt requests Rx eyeglasses and appt with ophthalmology. No other complaints today. Ophthalmology appt is next week

**Electronically Signed by Kamilah Ray-Boyd - PA on 05/17/2024 at 12:59 PM**

---

**05/17/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to canceled by
Kamilah Ray-Boyd - PA on 05/17/2024 12:59 PM.

Cancellation Comments
---------------------



Appointment Information
-----------------------

Appt Type:  Sick Call_MD
     Date:  Friday, May 17, 2024
     Time:  3:35 PM for 5 min
  Urgency:  Routine
  Made By:  Kamilah Ray-Boyd - PA
 To Visit:  SC Red (SO3, SE3, SW3, SO2, NE1)
   Reason:  SO2-34
```

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted]994 387289

```
Appt Comments
-------------
```

---

**05/17/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to canceled by
Taiwo Adeyemo - DNP on 05/17/2024 12:44 PM.

Cancellation Comments
---------------------

Seen for intake on 5/15 by another provider.

Appointment Information
-----------------------

Appt Type:  MH_OP 3FL
     Date:  Friday, May 17, 2024
     Time:  8:10 AM for 5 min
  Urgency:  Routine
  Made By:  Taiwo Adeyemo - DNP
 To Visit:  T. Adeyemo
   Reason:  SO2/34

Appt Comments
-------------
```

---

**05/16/2024 - Dental Procedure: sc**
**Provider: Mahtsente Haileyesus - DA**
**Location of Care: Correctional Treatment Facility**
**This document contains external references**

**Electronically Signed by Mahtsente Haileyesus - DA on 05/16/2024 at 10:02 AM**

---

**05/15/2024 - MH Clinician: MHC Follow-Up**

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

**Provider: Roderick Wellington - PhD**
**Location of Care: Central Detention Facility**
**Status: ON HOLD DOCUMENT. Contents are preliminary**

## Mental Health

Encounter Type: MHC Follow-Up
Interview location: Sick Call
Circumstance: individual
HPI or Presenting Complaint: Mr. Sullivan had left the jail for the Feds a week ago and only stayed for 1 night and they brought him back to DC Jail. He was not informed why. He is now housed on South-2, when he left he was on South-1, because of his safety. He's is a J6'er.

CT is not a danter to self or others at this time. CT informs this writer that he really does not want to return to South-1.

This writer will follow up with CT on a needed basis.

## Previous History

MH Treatment: Yes, last incarceration.
Medications: Yes, Propanolol and [redacted] and other meds

## Suicide History

Attempts: No
Significant Relationships: Yes
Details: mother Lisa 703-963-5858
Highest grade (in years): 12
Job Hx: Yes
Details: hx of security work, sales, cinematograpy

**Problems:** DENTAL RESTORATION STATUS (ICD-V45.84) (ICD10-Z98.811)
[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:** [redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL
[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily; Route: EXTERNAL

**Allergies:** * NKDA (Critical)

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

---

**05/15/2024 - Psychiatrist Contact: Psych Intake**
**Provider: Linda Fonju - NP**
**Location of Care: Central Detention Facility**

## Mental Health

Encounter Type: Psych Intake
Interview location: Open Pop
HPI or Presenting Complaint: Patient is a 29 year old African American male who presents for initial psychiatric assessment stating he is returning from Warsaw Northern Neck region jail. He presents with symptoms of anxiety thoughts, depressive thoughts and the inability to focus. Prior to that he lived at Salt lake city-Utah where he was receiving mental health care through Ranger Medical Clinic prescribed adderral 65mg XR, propranol 80mg, quelbree 200mg, [redacted] 60mg daily, some of the medications also lastly prescribed 6months ago while he was incercerated here at DC jail. He is hopeful to have medications reviewed and renewed and denies having thoughts to self harm, AVH.

### Previous History

MH Treatment: Yes, last incarceration.
Medications: Yes, Propanolol and [redacted] and other meds

### Suicide History

Attempts: No
Significant Relationships: Yes
Details: mother Lisa 703-963-5858
Highest grade (in years): 12
Job Hx: Yes
Details: hx of security work, sales, cinematograpy

### <u>Psych Assessment and Plan</u>

Psychoeducation provided.

General health and wellness, including health diet and aerobic exercise during recreatonal time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed, and patient advised to quit if using or not to inititate if not using.

Medication consent form signed.

Risks, benefits, and alternatives of medication discussed.
**Assessment/Plan:**
Patient presents for initial psychiatric assessment. He is calm and engaged. We discussed treatment options and agreed to resume on medications. He also reported lifelong history of treatment on [redacted] for his [redacted] while in the community which was more effective at the 200mg dose. Medication tx response, risks, benefits, side effects and the sick call process was also discussed with him.

[redacted] ([redacted]).
Medications: [redacted] 50 mg oral tablet Give one and half(75mg) QHS.; [redacted] 100 mg oral

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

tablet Take 1 Tab by mouth QD.; [redacted] 25 mg oral capsule 1 cap po qhs.

Disposition: Open Population

Follow-up: 90, days.
AIMS Test: Yes
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.

**Problems:** DENTAL RESTORATION STATUS (ICD-V45.84) (ICD10-Z98.811)
[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:** [redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] Take 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL
[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily; Route: EXTERNAL

**Allergies:** * NKDA (Critical)

## Abnormal Involuntary Movement Scale (AIMS)

**I - Facial and Oral Movements**
1. Muscles of Facial Expression: Score: 0, None
2. Lips and Perioral Area: Score: 0, None
3. Jaw: Score: 0, None
4. Tongue: Score: 0, None

**II - Extremity Movements**
5. Upper (arms, wrists, hands, fingers): Score: 0, None
6. Lower (legs, knees, ankles, toes): Score: 0, None

**III - Trunk Movements**
7. Neck, shoulders, and hips: Score: 0, None

**IV - Global Judgement**
8. Severity of abnormal movements overall: Score: 0, None
9. Incapacitation due to abnormal movements: Score: 0, None
10: Patient's awareness of abnormal movements. Score: 0, No Awareness

**Total Score:** 0;
**V - Dental Status**

11. Current problems with teeth and/or dentures: No
12. Are dentures usually worn? No
13. Does patient have teeth? Yes

14. Do movements disappear with sleep? N/A

**Electronically Signed by Linda Fonju - NP on 05/15/2024 at 3:06 PM**

---

**05/14/2024 - Internal Other: Appointment No Show**
**Provider: Linda Fonju - NP**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to no show by
Linda Fonju - NP on 05/14/2024 3:23 PM.

No Show Comments
---------------------

Unit called, inmate did not arrive. will reschedule

Appointment Information
-----------------------

Appt Type:  MH_OP 3FL
     Date:  Tuesday, May 14, 2024
     Time:  9:20 AM for 5 min
  Urgency:  Routine
  Made By:  Taiwo Adeyemo - DNP
 To Visit:  CDF Pyschiatrist Intake
   Reason:  SO2  34

Appt Comments
-------------
```

**Electronically Signed by Linda Fonju - NP on 05/14/2024 at 3:23 PM**

---

**05/14/2024 - Chronic Care Clinic: htn**
**Provider: DeBreaka Posey - PA**
**Location of Care: Central Detention Facility**

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

## Chronic Care

Visit Type: Initial Visit
Chief Complaint: htn

Current Medications: * *DC/[redacted] ([redacted]) Take 1 tablet PO QAM; Route: ORAL
[redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL
[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily; Route: EXTERNAL

Diet: regular
Do you need a language interpreter? No

Are you hard of hearing? No

### HPI

**Current Problems:**
DENTAL RESTORATION STATUS (ICD-V45.84) (ICD10-Z98.811)
[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
* *DC/[redacted] ([redacted]) Take 1 tablet PO QAM; Route: ORAL
[redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL
[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily; Route: EXTERNAL

**Current Allergies:**
* NKDA (Critical)

<u>**Hypertension HPI**</u>
Onset: 2 - 5 years
Historical Details: Seeing his PCP at Utah, Was taking propanolol 80mg. Was also treating anxiety.
Has NOT been taking [redacted] at all.

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:



**JOHN SULLIVAN**
Male DOB: [redacted] 994 387289

Home: 387289

flu UTD 11/2023
pt declines pneumovax

Care: followed by PCP
Details: Cig- denies
Drugs- denies
ETOH- denies.

ROS neg except hpi

### Vital Signs
Height: **72** in.
Blood Pressure: **127/85** mm Hg
(mm Hg)

## Physical Exam
General Appearance
well developed, well nourished male in no acute distress
Eyes: EOMI, perrl. conjunctivae and lids normal
Respiratory: CTAB
Cardiovascular: RRR
GI: soft, nontender.BS wnl
Peripheral Circulation: no edema
Musculoskeletal
Gait & Station: normal
Neuro
A&O x 3

### Assessment and Plan
Hypertension Control: Controlled

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**
HYPERTENSION.
pt reports taking propanolol for bp & anxiety, not currently on meds with bp cpntrolled
labs from 2/2024 reviewed with pt-lipid panel wnl. a1c 5.4
opthal > 1 yr-referral placed
flu UTD 11/2023
pt declines penumovax at this time
MH flagged for f/u regarding propanolol 80mg self reported for anxiety as it is not first line for htn

Patient informed on how to utilize the sick call process and advised that if you feel like your health concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate Handbook.

Risks, benefits, and alternatives to treatment plan discussed.

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

Follow-up: in 6 weeks.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.
**New Orders:** EYE CLINIC [EYE]

**Electronically Signed by DeBreaka Posey - PA on 05/14/2024 at 9:25 AM**

---

**05/14/2024 - Sick Call: sc**
**Provider: Daniel Kabba - MA**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

sc

**Electronically Signed by Daniel Kabba - MA on 05/14/2024 at 9:15 AM**

---

**05/14/2024 - Sick Call: sc**
**Provider: Daniel Kabba - MA**
**Location of Care: DC JAIL MMHS**
**This document contains external references**

sc

**Electronically Signed by Daniel Kabba - MA on 05/14/2024 at 8:38 AM**

---

**05/14/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

Appointment status changed to canceled by

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

DeBreaka Posey - PA on 05/14/2024 7:54 AM.

Cancellation Comments
---------------------

MH

Appointment Information
-----------------------

Appt Type: Sick Call_MD
Date: Tuesday, May 14, 2024
Time: 9:50 AM for 5 min
Urgency: Routine
Made By: DeBreaka Posey - PA
To Visit: CDF CC Posey
Reason: so2-34

Appt Comments
-------------

---

**05/14/2024 - TextNote: Sick Call TextNote:MH med**
**Provider: DeBreaka Posey - PA**
**Location of Care: Central Detention Facility**

sc slip reviewed.pt requesting to take 200mg of [redacted] as pt recently left DOC and returned. chart review shows pt wa son 100mg at DOC prior to release and has an active 7 day order of 100mg. MH f/u scheduled

**Electronically Signed by DeBreaka Posey - PA on 05/14/2024 at 7:53 AM**

---

**05/14/2024 - TextNote: Intake lab test review**
**Provider: Team Urgent Care**
**Location of Care: Central Detention Facility**

Intake lab test review

| Test | Positive | Negative | Not done per protocol | Comments |
|---|---|---|---|---|
| RPR (w/in 30d) | [ ] | [ x ] | [ ] | |
| Gonorrhea (w/in 30d) | [ ] | [ x ] | [ ] | |
| Chlamydia (w/in 30d) | [ ] | [ x ] | [ ] | |
| HIV (w/in 6m) | [ ] | [ x ] | [ ] | |
| Hepatitis C (w/in 12m) | [ ] | [ x ] | [ ] | |
| Covid 19 | [ ] | [ x ] | [ ] | |

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted]994 387289

[ x] All tests are complete per protocol.
[ x ] Patient notification in progess.

**Electronically Signed by Paulos Kidane - MD on 05/17/2024 at 6:05 AM**

---

**05/13/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to canceled by
Taiwo Adeyemo - DNP on 05/13/2024 4:14 PM.

Cancellation Comments
---------------------

Pt was not escorted to the clinic for appt.He has been resc.

Appointment Information
-----------------------

Appt Type:  MH_OP 3FL
     Date:  Monday, May 13, 2024
     Time:  8:30 AM for 5 min
  Urgency:  Routine
  Made By:  Darius Mills - LPC
 To Visit:  CDF Pyschiatrist Intake
   Reason:  SO2/34-Intake pt is on MH Meds

Appt Comments
-------------
```

---

**05/12/2024 - Nursing Note: TST Reading**
**Provider: Daniel Kabba - MA**
**Location of Care: DC JAIL MMHS**

**RECORD OF TST READING**

**TST READ**
Previous TB-TST: 0 (11/18/2023 10:39:57 AM)

Today's TST Result: 0 mm

**Electronically Signed by Daniel Kabba - MA on 05/12/2024 at 12:15 PM**

---

**05/10/2024 - Nursing Note: intake medications**
**Provider: Theresa Anderson - LPN**
**Location of Care: Central Detention Facility**

This writer has given / observed pt. take his 1st dose of PO [redacted] 50MG and [redacted] 75MG per Rx, tolerated well. Weekend MAR completed.

**Electronically Signed by Theresa Anderson - LPN on 05/10/2024 at 7:52 PM**

---

**05/10/2024 - HIV Screening: HIV Questions/Pre/Post**
**Provider: Tiffany Dorsey - MA**
**Location of Care: Central Detention Facility**

## Pre-HIV-Test Counseling

**Risk Factor:** heterosexual contact, sexual contact without condom
**Current Gender:** male
**Ethnicity:** African American
**Reasons for Screening:** Intake
**Pre-Test Counseling:** Completed
**Consent to Test:** Accepted

**Electronically Signed by Tiffany Dorsey - MA on 05/10/2024 at 7:40 PM**

---

**05/10/2024 - TextNote: Intake Labs**
**Provider: Tiffany Dorsey - MA**
**Location of Care: Central Detention Facility**

**Process Orders**
Check Orders Results:
LabCorp: Order checked:
-- HIV Antigen/Antibody-4th Generation -- [NO CODE FOUND]
Tests Sent for requisitioning (May 10, 2024 7:40 PM):

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

05/10/2024: LabCorp -- RPR [012005] (signed)
05/10/2024: LabCorp -- Chlamydia / Gonococcus, NAA [183194] (signed)
05/10/2024: LabCorp -- HIV Antigen/Antibody-4th Generation [083935] (signed)
05/10/2024: LabCorp -- Hepatitis C Virus (HCV) Antibody With Reflex to Quantitative Real-time PCR [144050] (signed)

**Electronically Signed by Tiffany Dorsey - MA on 05/10/2024 at 7:40 PM**

---

**05/10/2024 - Lab Report: Chlamydia/GC Amplification, RPR, Rfx Qn RPR/Confirm TP, HIV ...**
**Provider: Paulos Kidane - MD**
**Location of Care: Central Detention Facility**

```
Patient: JOHN  SULLIVAN
ID: 1100 387289
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Chlamydia/GC Amplification (183194)
 Chlamydia trachomatis, NAA
                            Negative                    Negative
 Neisseria gonorrhoeae, NAA
                            Negative                    Negative

Tests: (2) RPR, Rfx Qn RPR/Confirm TP (012005)
! RPR                       Non Reactive                Non Reactive

Tests: (3) HIV Ab/p24 Ag with Reflex (083935)
! HIV Ab/p24 Ag Screen      Non Reactive                Non Reactive
    HIV-1/HIV-2 antibodies and HIV-1 p24 antigen were NOT detected.
    There is no laboratory evidence of HIV infection.
    HIV Negative


Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 05/15/2024 7:16 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 05/10/2024 19:39
Requested date-time:
Receipt date-time: 05/11/2024 00:00
Reported date-time: 05/15/2024 07:08
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
```

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

Filler Order Number: 13218412250 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC 272153361 Sanjai Nagendra MD Phone: 8007624344

(2) Order result status: Final
Collection or observation date-time: 05/10/2024 19:39
Requested date-time:
Receipt date-time: 05/11/2024 00:00
Reported date-time: 05/15/2024 07:08
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
Filler Order Number: 13218412250 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC 272153361 Sanjai Nagendra MD Phone: 8007624344

(3) Order result status: Final
Collection or observation date-time: 05/10/2024 19:39
Requested date-time:
Receipt date-time: 05/11/2024 00:00
Reported date-time: 05/15/2024 07:08
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
Filler Order Number: 13218412250 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC 272153361 Sanjai Nagendra MD Phone: 8007624344

-----------------

The following non-numeric lab results were dispersed to the flowsheet even though numeric results were expected:

Neisseria gonorrhoeae, NAA, Negative

-----------------

The following results were not dispersed to the flowsheet:

RPR, Non Reactive, (F)
HIV Ab/p24 Ag Screen, Non Reactive, (F)

**Electronically Signed by Paulos Kidane - MD on 05/17/2024 at 6:04 AM**

---

**05/10/2024 - Lab Report: HCV Antibody RFX to Quant PCR, Interpretation:**
**Provider: Kimball Beck - MD**
**Location of Care: Central Detention Facility**

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

Patient: JOHN SULLIVAN
ID: 1100 387289
Note: All result statuses are Final unless otherwise noted.

Tests: (1) HCV Antibody RFX to Quant PCR (144050)
! HCV Ab Non Reactive Non Reactive

Tests: (2) Interpretation: (144030)
! Interpretation: See report
Not infected with HCV unless early or acute infection is suspected (which may be delayed in an immunocompromised individual), or other evidence exists to indicate HCV infection.

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/13/2024 4:15 PM

---

(1) Order result status: Final
Collection or observation date-time: 05/10/2024 19:39
Requested date-time:
Receipt date-time: 05/11/2024 00:00
Reported date-time: 05/13/2024 16:08
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
Filler Order Number: 13218405610 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC 272153361 Sanjai Nagendra MD Phone: 8007624344

(2) Order result status: Final
Collection or observation date-time: 05/10/2024 19:39
Requested date-time:
Receipt date-time: 05/11/2024 00:00
Reported date-time: 05/13/2024 16:08
Referring Physician:
Ordering Physician: C SARBENG - (csarbeng)
Specimen Source:
Source: 1100
Filler Order Number: 13218405610 LAB
Lab site: Performed At: BN, Labcorp Burlington 1447 York Court, Burlington NC 272153361 Sanjai Nagendra MD Phone: 8007624344

-----------------

The following results were not dispersed to the flowsheet:

HCV Ab, Non Reactive, (F)
Interpretation:, See report, (F)

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

**Electronically Signed by Kimball Beck - MD on 05/14/2024 at 3:34 AM**

---

**05/10/2024 - Internal Correspondence: Handout Printed - INITIAL DISCHARGE TREATMENT PLAN**
**Provider: Meena Kumar - NP**
**Location of Care: Central Detention Facility**

```
Printed Handout: INITIAL DISCHARGE TREATMENT PLAN
```

**Electronically Signed by Meena Kumar - NP on 05/10/2024 at 7:38 PM**

---

**05/10/2024 - Intake Mini: Mini Intake- NP**
**Provider: Meena Kumar - NP**
**Location of Care: Central Detention Facility**
**This document contains external references**

## Mini Intake

Height: 72 inches Weight: 183.9 lbs. BMI: 25.03
Temperature: 97.0 degrees F Temp site: tympanic
Pulse: 60 Respirations: 18 BP: 122 / 77
Pulse Ox: 98%
**Previous TST:** 0 (11/18/2023 10:39:57 AM)
History of Positive HIV Test: no (11/16/2023 9:47:58 PM)
Do you need a language interpreter? No

Are you hard of hearing? No

Intake receiving screening reviewed? Yes

**Current Problems:**
DENTAL RESTORATION STATUS (ICD-V45.84) (ICD10-Z98.811)
[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Current Medications:**
* *DC/[redacted] ([redacted]) Take 1 tablet PO QAM; Route: ORAL
[redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily;
Route: EXTERNAL

**Current Allergies:**
* NKDA (Critical)

Problems reviewed today.
Medications reviewed today.
Directives reviewed today.

**TB Screening**

## Mental Health Screening

1. Is there an alert from Court, MPD, U.S. Marshall Services or Transportation Officers about a mental health problem or suicide risk? No.
2. Is there a suicide alert indicated in the electronic medical record? No.
3. Currently receiving mental health services in community? Yes; Gand jury medical center Southlake city Utah.
4. Have you received mental health services in the past? Yes; last incarceration.
   Has a history of inpatient psychiatric treatment? No.
   Has history of outpatient psychiatric treatment? Yes; see anove .
5. Are you coming from St. Elizabeth Hospital or a psychiatric facility? No.
6. Have you ever received treatment for alcohol or substance use? No.
7. Do you have any mental health issue that you would like to talk to the mental health staff about? No.
8. Do you hold a position of respect in the the community and/or charged with crime of notoriety? No.
9. Are you now or have you ever been accused of committing a violent crime and/or sexual offense? No.
10. Have you ever been a victim of a physical or sexual act or abuse? No.
11. Is this your first DC incarceration? No.
12. Do you feel you will have difficulty adjusting to jail? No.
13. Do you feel there is nothing to look forward to in the immediate future? No.
14. Have you ever attempted or considered suicide? No.
15. Are you thinking of hurting or killing yourself? No.
16. Do you have a family member, close friend, or significant other that has attempted or committed suicide? No.
17. Is this person a juvenile? No.
18. Have you recently experienced a significant loss (relationship, death of family member/close friend, job, etc.)? No.
19. Have you ever received special education services? No.
20. Patient referred for a Comprehensive Mental Health Assessment due to a positive response to the screening questions? Yes; seen mental health tonight .

**Review of Systems**
Night sweats: no
Bloody sputum: no
Cough > 3 wks: no
Shortness of breath: no
Burning with urination: no
Penile/Vaginal discharge: no

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:



**JOHN SULLIVAN**
Male DOB: [redacted] 994 387289

Home: 387289

Diarrhea: no
Stools bloody/black: no
Chest pain: no

Recent injury: no
Weight change: no
Other problems: no

## Physical Exam

### General Appearance
well developed, well nourished, well hydrated, in no acute distress

### Head
**Inspection:** NC/AT

### Eyes
**External:** conjunctivae and lids normal
**Pupils:** equal, round, reactive to light

### Ears/Nose/Throat
**External Ears:** normal, no lesions or deformities
**Otoscopic:** canals clear, tympanic membranes intact
**Hearing:** grossly intact
**External Nose:** normal, no lesions or deformities
**Nasal:** mucosa, septum, and turbinates normal
**Lips/Teeth/Gums:** , no gingival inflammation, no labial lesions
**Pharynx:** tongue normal, posterior pharynx without erythema or exudate

### Neck
**Neck:** supple, no masses, trachea midline

### Respiratory
**Effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

### Cardiovascular
**Auscultation:** S1 S2 +

### Musculoskeletal
**Gait & Station:** normal, can undergo exercise testing and/or participate in exercise program
**Digits & Nails:** no clubbing, cyanosis, petechiae, or nodes
**Neck:** normal strength, no deformities
**Spine, Ribs,& Pelvis:** normal alignment and mobility, no deformity, and no tenderness

### Extremities
**RUE:** normal ROM and strength, no joint enlargement or tenderness
**LUE:** normal ROM and strength, no joint enlargement or tenderness
**RLE:** normal ROM and strength, no joint enlargement or tenderness
**LLE:** normal ROM and strength, no joint enlargement or tenderness

### Neurological
**Cranial Nerves:** II - XII grossly intact
**Reflexes:** 2+, symetric, no pathalogical reflexes
**Sensation & Strength:** grossly intact

### Skin
**Inspection:** no rashes, lesions, ulcerations, or erythema

**JOHN SULLIVAN**
Male DOB: [redacted]994 387289

Home: 387289

### Mental Status and Exam

**Judgement:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood & Affect:** no [redacted], anxiety, or agitation

### Assessment and Plan

Instructions on dental hygiene and how to assess sick call given to patient.

General health and wellness, including healthy diet and aerobic exercise during recreational time, reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:** 1. Hx of HYPERTENSION
currently off [redacted]
BP readings reviewed
2. Hx of [redacted] ([redacted]) - Improved.
as per inmate was moved to Worsa VA jail for one day only and returned from there to here today
will contineu previous psych meds - ordered for 7 days supply
3.Hx of [redacted].
mental health alerted for the follow up
discussed relaxation techniques.
Patient informed on how to utilize the sick call process and advised that if you feel like your health concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate Handbook..Diet: regular
Disposition: Open Population

Follow-up: prn.

Initial Discharge Treatment Plan handout given.
Allergies reviewed today.

Patient informed on how to utilize the sick call process and advised that if you feel like your health concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate Handbook.

**Electronically Signed by Meena Kumar - NP on 05/10/2024 at 11:47 PM**

---

**05/10/2024 - Intake Receiving Screening: NP**
**Provider: Meena Kumar - NP**
**Location of Care: Central Detention Facility**

**Medical Screening**

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

1. Is the patient showing any signs of mental or physical impairment? No
2. Do you need a language interpreter? No
3. Are you hard of hearing? No
4. Do you have or had any of the following medical conditions/problems, or special health requirements? None
5. Does the patient report or demonstrate any of the following findings/symptoms? None
6. Current medications? Yes; [redacted], Proparanol 80 mg daily Quilbee 200 mg daily , [redacted] daily
7. Are you allergic to any medications or substances? No
9. Have you used any alcohol within the last 72 hours? No
10. Do you have a history of illegal drug use? No

## Mental Health Screening

1. Is there an alert from Court, MPD, U.S. Marshall Services or Transportation Officers about a mental health problem or suicide risk? No.
2. Is there a suicide alert indicated in the electronic medical record? No.
3. Currently receiving mental health services in community? Yes; Grand jury medical center - UTAH.
4. Have you received mental health services in the past? Yes; DV correction.
   Has a history of inpatient psychiatric treatment? No.
   Has history of outpatient psychiatric treatment? Yes; see above .
5. Are you coming from St. Elizabeth Hospital or a psychiatric facility? No.
6. Have you ever received treatment for alcohol or substance use? No.
7. Do you have any mental health issue that you would like to talk to the mental health staff about? No.
8. Do you hold a position of respect in the the community and/or charged with crime of notoriety? No.
9. Are you now or have you ever been accused of committing a violent crime and/or sexual offense? No.
10. Have you ever been a victim of a physical or sexual act or abuse? No.
11. Is this your first DC incarceration? No.
12. Do you feel you will have difficulty adjusting to jail? No.
13. Do you feel there is nothing to look forward to in the immediate future? No.
14. Have you ever attempted or considered suicide? No.
15. Are you thinking of hurting or killing yourself? No.
16. Do you have a family member, close friend, or significant other that has attempted or committed suicide? No.
17. Is this person a juvenile? No.
18. Have you recently experienced a significant loss (relationship, death of family member/close friend, job, etc.)? No.
19. Have you ever received special education services? No.
20. Patient referred for a Comprehensive Mental Health Assessment due to a positive response to the screening questions? Yes; seen mental health tonight .

**Observations**
Appearance: normal
Behavior: appropriate
State of Consciousness: alert/responsive
Ease of Movement: normal
Breathing: normal
Skin: normal

**Disposition**
Provider evaluation

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

**Electronically Signed by Meena Kumar - NP on 05/10/2024 at 11:42 PM**

---

**05/10/2024 - MH Clinician: Intake Comprehensive**
**Provider: Darius Mills - LPC**
**Location of Care: Central Detention Facility**

## Mental Health
Encounter Type: Intake Comprehensive
### Mental Health History

### Current History
MH Treatment: Yes, Pt is being tx for c/o [redacted] w/ regimen of [redacted] and [redacted]..
Medications: Yes

### Previous History
MH Treatment: No, Pt reports hx of tx for [redacted] via Dr. Vivaci Fauci at Salt Lake City Utah.
Medications: Yes, Propanolol and [redacted] and other meds

### Suicide History
Attempts: No
Method: none

### Surgeries & Injuries
Method: hx of fx rt ankle

### Drug History
None

### Personal History
Significant Relationships: Yes
Details: mother Lisa 703-963-5858
Highest grade (in years): 12
Job Hx: Yes
Details: hx of security work, sales, cinematograpy

### Review of History
History of sexual abuse, victimization, and/or predatory behavior: No.
History of psychotherapy, psycho-educational groups, and/or classes or support: No.

### Mental Health Status
Hallucinations: none
Delusions: no abnormality
Speech: no abnormality
Thought Content and Process: no abnormality

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:



**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

Mood: consistent
Affect: appropriate to thought
Motor Activity: normal
General Appearance: appropriate
Ethnicity: African American
Hygiene: good
Attitude/ Behavior: cooperative
Insight: good
Judgement: good
Gait: normal
Cognition: no gross abnormalities

**Orientation:**
To time: Yes
To person: Yes
To place: Yes
To situation: Yes

**Potiential Harm:**
Self Injurious: No
Suicidal Ideation: No
Homicidal Ideation: No

## Clinician Assessment and Plan

Psychoeducation provided.

Clinician Assessment/Plan: Pt is A & O x 4 w/ no mh acuity evident. Prior incarceration w/ no adjustment problems evident. Pt is being tx via CDF for c/o [redacted] w/ regimen of [redacted] and [redacted]. No hx of harm to self or others reported nor current intent evident. Advised of mh access process. F/up prn.

Disposition: Open Population

**Problems:** DENTAL RESTORATION STATUS (ICD-V45.84) (ICD10-Z98.811)
[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

**Medications:** * *DC/[redacted] ([redacted]) Take 1 tablet PO QAM; Route: ORAL
[redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL
[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily; Route: EXTERNAL

**Allergies:** * NKDA (Critical)

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

## Suicide Risk Assessment

Name: **JOHN SULLIVAN**
DCDC #: **387289**
Date of Birth: [redacted] **994**
Age: **29 Years Old**
Date: 05/10/2024

Suicide precautions and/or watch during prior confinement? No

Reason for referral: MH intake protocol

Suicide Risk Indicators: Age 25-44 Years Male Sex

Type of Threat/Attempt: none

Protective Factors: Identifies reason to live/not commit suicide

Psychiatric History: hx of [redacted]

Suicide History: none

### <u>Mental Health Status</u>

Hallucinations: none
Delusions: no abnormality
Speech: no abnormality
Thought Content and Process: no abnormality
Mood: consistent
Affect: appropriate to thought
Motor Activity: normal
General Appearance: appropriate
Ethnicity: African American
Hygiene: good
Attitude/ Behavior: cooperative
Insight: good
Judgement: good
Gait: normal
Cognition: no gross abnormalities

### Orientation:

To time: Yes
To person: Yes
To place: Yes
To situation: Yes

### Potiential Harm:

Self Injurious: No
Suicidal Ideation: No
Homicidal Ideation: No

**JOHN SULLIVAN**
Male DOB: [redacted] 994 387289

Home: 387289

## Clinical Assessment

**Current Medications:**
* *DC/[redacted] ([redacted]) Take 1 tablet PO QAM; Route: ORAL
[redacted] 50 MG ORAL TABLET ([redacted]) Give one and half(75mg) QHS.; Route: ORAL
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
[redacted] 1 Tab by mouth QD.; Route: ORAL
[redacted] 25 MG ORAL CAPSULE ([redacted]) 1 cap po qhs; Route: ORAL
[redacted] 2 % EXTERNAL OINTMENT ([redacted]) apply topicallly to affected areas 2 times daily; Route: EXTERNAL

Assessment of Lethality: Low (1)

**Assessment:** Pt is A & O x 4 w/ no mh acuity evident. Prior incarceration w/ no adjustment problems evident. Pt is being tx via CDF for c/o [redacted] w/ regimen of [redacted] and [redacted]. No hx of harm to self or others reported nor current intent evident. Advised of mh access process. F/up prn.

### Plan
Suicide Precautions Authorized: No
Suicide Watch Authorized: No
Medical Restraints: No
Safety Smock: No
Housing Assignment: Open Population

Electronically signed by: Darius Mills - LPC (Psychiatrist/MH Clinician)
Date/Time: May 10, 2024 7:20 PM

1. Have you wished you were dead or wished you could go to sleep and not wake up? **No**
2. Have you had any actual thoughts of killing yourself? **No**
6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? **No**

**Comments/Actions Taken:** Unremarkable

**Electronically Signed by Darius Mills - LPC on 05/10/2024 at 7:20 PM**

---

**05/10/2024 - TextNote: Intake Covid-19 Test- Accepted Rapid**
**Provider: Donya Butler - MA**
**Location of Care: DC JAIL MMHS**

**JOHN SULLIVAN** Home: 387289
Male DOB: [redacted] 994 387289

This asymptomatic patient accepted SARS-CoV-2 testing for intake COVID-19 surveillance. The risks and benefits of surveillance were reviewed. The patient tolerated nasal sample collection. Test results will be reviewed with patient once available.

Received NEGATIVE result of COVID-19 test.
Test result discussed with the patient, all questions answered.
Pt currently asymptomatic

**Electronically Signed by Donya Butler - MA on 05/10/2024 at 8:12 PM**
**Electronically Signed by Kimball Beck - MD on 05/14/2024 at 3:34 AM**

---

**05/10/2024 - Intake Vitals: Intake**
**Provider: Theresa Anderson - LPN**
**Location of Care: Central Detention Facility**

## Intake Processing Vital Signs

Height: 72 inches Weight: 183.9 lbs. BMI: 25.03
Temperature: 97.0 degrees F Temp site: tympanic
Pulse: 60 Respirations: 18 BP: 122 / 77
Pulse Ox: 98%

## Routine Intake Labs

Blood Drawn: RPR
Previous Result: 0 (11/18/2023 10:39:57 AM)

## Tuberculosis Screening:

Reason for TST: Intake

Schedule TST Reading: **05/12/2024**

TB TST (Tuberculosin Skin Test): Done

**Electronically Signed by Theresa Anderson - LPN on 05/10/2024 at 7:15 PM**

---

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:

*March 3, 2026*
Page 1
Chart Summary

**JOHN SULLIVAN**
Male DOB: [redacted] 994 387289

Home: 387289

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | JOHN SULLIVAN | **Home Phone:** | 387289 |
| **Address:** | 1221 WEST ERDA WAY<br>ERDA, UT 84074 USA | **Work Phone:** | |
| [redacted] | [redacted] | **Fax:** | |
| **Birth Date:** | [redacted] 994 | **Status:** | Inactive |
| **Gender:** | Male | **Marital Status:** | |
| **Contact By:** | | **Race:** | |
| [redacted] | [redacted] | **Language:** | |
| **Resp Prov:** | | **Unit/Cell:** | |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | Central Detention Facility | **DCDC:** | 387289 |

## Problems

[redacted] ([redacted]) [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

## Procedures

## Medications

ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
Last Refill: #1 x 0, 02/09/2024, Nkangu Kenneth Fomengia - PA
[redacted] Take 1 Tab by mouth QD.
Last Refill: #90 x 0, 05/15/2024, Linda Fonju - NP

## Immunizations

(Immunizations from observation terms)
TB-PPD: Done (11/16/2023)
FLU VAX: done (11/16/2023)
TB-PPD: Done (05/10/2024)

## Directives

## Allergies and Adverse Reactions

* NKDA (Critical)

## Services Due

Report run by Jean Washington - HIMS Clerk

# EXHIBIT 979

*OFFICIAL DCDOC / UNITY HEALTH CARE MEDICAL DISABILITY RECORDS PACKET FOR UTAH DWS DISABILITY DETERMINATION SERVICES REQUEST (DECEMBER 19, 2025)*

**SOCIAL SECURITY**
**DISABILITY DETERMINATION SERVICES**
PO Box 144032,SALT LAKE CITY, UT 84114-4032
Heather Flowers, Assistant Director, DWS
HEARING IMPAIRED (801) 321-6513

Phone (801) 321-6500
Toll Free (800) 221-3493
Secure Fax (866) 237-4906

UTAH DEPARTMENT OF WORKFORCE SERVICES REHABILITATION
Sarah Brenna
Division Director, DWS

# PAYMENT AUTHORIZATION FORM

OK 12/19/25 3.50

**PROVIDER:**
DC DEPARTMENT OF CORRECTIONS
1901 D ST SE
WASHINGTON, DC 20003

**PAYEE:**
DC DEPARTMENT OF CORRECTIONS
1901 D ST SE
WASHINGTON, DC 20003
State Vendor Code #: N/A

**Fiscal ID:** 66850869
**CLAIMANT:** John E Sullivan
**CASE NUMBER:** 15642907

ATTENTION: DC DEPARTMENT OF CORRECTIONS

**Place this page ON TOP of Medical evidence. Records can be faxed to (866) 237-4906.**

| Request Date | Authorization No. | Proj. | Rcpnt. | Yr. | Function Code |
|---|---|---|---|---|---|
| December 7, 2025 | DCM153026387 | DCNC | 1404 | 26 | 21 |

1. You are hereby authorized to furnish information regarding the claimant named above. **NO SERVICE OR MEDICAL PROCEDURES IN EXCESS OF THIS REQUEST FOR INFORMATION MAY BE RENDERED.**
2. To receive payment, complete Section 2 below with the date, your fee and your signature. **RETURN THIS FORM WITH YOUR REPORT. DO NOT STAPLE!**
3. The Disability Determination Services will not pay for information received later than 60 days after this request. Our maximum fees are listed in Section 2. We pay $15.00 for copies of records, $20.00 for a written summary and $28.00 if the summary is submitted within 12 calendar days. We comply with Title VI of the 1974 Civil Rights Act and Title V of the 1973 Rehabilitation Act.

**SECTION 2 BILLING FOR SERVICES RENDERED**

**I CERTIFY I HAVE SUBMITTED INFORMATON AS SPECIFIED IN THIS AUTHORIZATION AND DO REQUEST PAYMENT AS INDICATED BELOW: (CHECK APPROPRIATE FEE)**

| | |
|---|---|
| Copies only | $ 15.00 ___ |
| Written summary | $ 20.00 ___ |
| Early report with written summary | $ 28.00 ___ |

N/A
SIGNATURE

12/15/25
DATE

RQID:DCM153026387 SITE:S50 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:1761

Resend fax ERROR
25 rde -

UNITY HEALTH CARE
D.C. DEPARTMENT OF CORRECTIONS
Medical Records Department
1901 "D" STREET SE
Washington, D. C. 2003

MEMO:

TO: SS-DDS-UTAH DEPT. OF WORKFORCE SERVICES

Telephone (202) 698-0443
Fax (202) 673-8982

FROM: LBOYKIN,HIMSM

DATE: 12/19/2025

RE: JOHN E SULLIVAN
CASE ID-15642907

Your request to furnish medical information has been received; however, the following checked are applicable to this request item(s)

______ We are unable to identify this individual, please provide or verify identifying information such as full name of patient at the time of incarceration, social security number, and/or Department of corrections ID number.

______ We have no record of this patient being treated at this correctional facility.

______ The authorization received, Is Insufficient for the release of sensitive medical information.

XX We are unable to locate all the records you requested, enclosed are portions of the record that are available. 2020-2022

______ We regret to inform you that the legal requirements for keeping the medical record of the above named person have expired: records were destroyed at the Federal Records Center. Your request is being returned

______ The Inmate has been transferred to another facility. The medical records are not available.

XX Patient was not at this facility for the dates/period that was request.

XX Other THE INFORMATION AVAILABLE IS ATTACHED

Sincerely Yours, [signature]

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:

*December 19, 2025*
Page 1
Chart Summary

Home: 387289

**JOHN SULLIVAN**
Male DOB: [redacted]1994 387289

## Patient Information

**Name:** JOHN SULLIVAN
**Address:** 1221 WEST ERDA WAY
ERDA, UT 84074 USA
[redacted] [redacted]
**Birth Date:** [redacted]1994
**Gender:** Male
**Contact By:**
[redacted] [redacted]
**Resp Prov:**
**Referred by:**
**Email:**
**Home LOC:** Central Detention Facility

**Home Phone:** 387289
**Work Phone:**
**Fax:**
**Status:** Active
**Marital Status:**
**Race:**
**Language:**
**Unit/Cell:**
**Emp. Status:**
**Sens Chart:** No
**DCDC:** 387289

## Problems
[redacted] ([redacted]) [redacted] [redacted]
HYPERTENSION (ICD-401.9) (ICD10-I10)

## Procedures

## Medications
ALBUTEROL 90 MCG/ACT AERS (ALBUTEROL) 2 puff spo q4-6 prn cough, sob, wheezing
Last Refill: #1 x 0, 02/09/2024, Nkangu Kenneth Fomengia - PA
[redacted] Take 1 Tab by mouth QD.
Last Refill: #90 x 0, 05/15/2024, Linda Fonju - NP

## Immunizations
(Immunizations from observation terms)
TB-PPD: Done (11/16/2023)
FLU VAX: done (11/16/2023)
TB-PPD: Done (05/10/2024)

## Directives

## Allergies and Adverse Reactions
* NKDA (Critical)

## Services Due

Report run by Lynda Boykin - HIMS Manager

**Central Detention Facility**
1901 D Street, SE Washington, DC 20003
Fax:

*March 30, 2026*
Page 1
Dental Procedure

**JOHN SULLIVAN**
Male DOB: [redacted]1994 387289

Home: 387289

**01/26/2024 - Dental Procedure: Annual Exam / Sick Call**
**Provider: Shayla Calhoun - DDS**
**Location of Care: Central Detention Facility**
**This document contains external references**

## Dental Exam & Assessment

Exam: Annual

### Current Status - Existing Restorations

Tooth #1 Status: absent
Tooth #4 Status: composite DO
Tooth #13 Status: composite MO
Tooth #14 Status: composite DMO
Tooth #15 Status: composite MO
Tooth #16 Status: absent
Tooth #17 Status: absent
Tooth #18 Status: composite MO
Tooth #19 Status: composite DMO
Tooth #20 Status: composite DO
Tooth #29 Status: composite DO
Tooth #30 Status: composite DMO
Tooth #32 Status: absent

## Oral Hygiene

**Plaque:** 1. plaque covering up to cervical 1/3 of teeth.
**Stain:** 0. no stain present.
**Calculus:** 1. light supra / sub-gingival calculus on 4 or more teeth.
**Are dentures required?** No
**Was dental/medical history form completed?** Yes

S: 29M presents to dental per sick call with no CC today. Medical hx reviewed, PMH: HTN, pins and screws and a plate in his R ankle about 10 years ago.

O: EOE/IOE, oral mucosa, tongue, oropharynx WNL. Complete dentition except for third molars. Generalized light plaque/calculus, mild gingival recession in localized areas. Existing restorations clinically acceptable. No caries detected.

A: fair oral hygiene

P: Annual exam completed. Exam findings and treatment options discussed with patient (cleaning, no other tx necessary at this time). OHI discussed. Nutrition and dietary information given. Advised him to submit a sick call slip if dental pain develops.

NV: hygiene or prn sick call

**Electronically Signed by Shayla Calhoun - DDS on 01/26/2024 at 11:32 AM**

District Of Columbia
Central Detention Facility
Health Services

# DENTAL RECORD-MEDICAL FORM

John Earle Sullivan — Patient's Name
387259 — DCDC#

SW-1 — Housing Unit
56 — Cell#
07-19-1994 — Date of Birth

## MEDICAL HISTORY:

Circle Yes or No (Leave blank if in doubt)

1 Do you have or have you ever had?

| | | | | | |
|---|---|---|---|---|---|
| Rheumatic Fever | Yes | No (circled) | Heart Murmur | Yes | No (circled) |
| Heart Condition | Yes | No (circled) | High Blood Pressure | Yes (circled) | No |
| Hepatitis | Yes | No (circled) | Tuberculosis | Yes | No (circled) |
| Convulsions | Yes | No (circled) | Diabetes | Yes | No (circled) |
| Asthma | Yes | No (circled) | Sickle Cell Disease | Yes | No (circled) |
| Epilepsy | Yes | No (circled) | Hx of I V Drug Abuse | Yes | No (circled) |
| Bleeding Problems | Yes | No (circled) | Sexually Transmitted Disease | Yes | No (circled) |

2 Are you now under medical care? Yes No (circled)
If yes, list reason

3 Are you taking medications? Yes (circled) No
If yes, list medications: Strattera, Zoloft

4 Do you have any allergies to food or medications? Yes No (circled)
If yes, please list

5 Have you ever been hospitalized? Yes (circled) No
If yes, list reasons: Broken Ankel (10 year ago)

6 FEMALES: Are you pregnant? Yes No (circled)
If yes, list expectant date

PATIENT SIGNATURE: [signature]

I agree to having x-rays taken of my teeth and jaws in order to determine my dental problems. I have had a treatment plan explained to me, including alternatives on recommendations of no treatment. I have the opportunity to ask questions which have been answered to my satisfaction. I understand there is no guarantee of success of performance of the treatment. I understand this contract will remain in effect for one year.

[signature] — PATIENTS SIGNATURE
01-26-2024 — DATE

[signature] DDS — PROVIDERS SIGNATURE
1·26·24 — DATE

NOTES

# EXHIBIT 980

*OFFICIAL DCDOC COMPLETED INMATE FORMAL GRIEVANCE FORM IGP #20240411 - 265 SIGNED BY CAPT. D. HAYWARD AND GRIEVANCE COORDINATOR D. HARRIS (APRIL 22 - 23, 2024)*

PP 4030.1
Attachment D

RECEIVED
APR 09 2024

★ ★ ★
DOC
THE DEPARTMENT OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

# INMATE FORMAL GRIEVANCE FORM

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: # 20240411-065

**STEP 2: FORMAL RESOLUTION (To be completed by Inmate)**

- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| John Earle Sullivan | 387299 | South-1: So | 04-01-2024 | [signature] |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o Fire Safety/Sanitation/Risk Management | o Property | o Facilities Management |
| ✓ Program and Activities | o Sentence Computation, Jail Credit, Over Detention | o Discrimination |
| o Personal Hygiene | o Finance | o Transportation |
| o Case Management Services | o Rules and Regulations | o Safety and Security |
| o Health Care | o Staff Treatment | o Other |
| o Communications (mail, visits, telephone, legal) | o Religious Services | |
| o Food Service | | |

**FOR INMATE: Has this issue been resolved?** ___ Yes or ✓ No If no, check the "NO" box and place this form in the housing unit IGP box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED** The matter concerning my allowance to the Constitutionally minimum amount of out of cell time and the quality of that time allotted to me has not been resolved. I have been deprived of this basic right afforded to me as an inmate being housed in your facility repeatedly for 90 days straight. For example I was placed in the video visitation room in the South-1 unit for my out of cell time but the entire room was flooded with urin and feces from toilet water that had overflowed into the room from an inmate who had flooded his cell. I do not have the ability to attach a copy or create a copy of the Informal Resolution Form due to not being provided with the proper materials to confidentially file this IGP without being subject to further retaliation from DOC officials

*****FOR DOC COMPLETION***Provide Response to the IGP Coordinator no later than** ________

**DOC RESPONSE:** Capt. Hayword spoke with unit staff to ensure Inmate sullivan is getting his alloted time for rec.

Appeal Yes ☐ No ☐

PRINT STAFF NAME D. Hayword SIGN [signature] DATE 4.23.24

PRINT INMATE NAME John E Sullivan SIGN [signature] DATE ________

INMATE GRIEVANCE COORDINATOR SIGNATURE [signature] DATE 4/30/24

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022