AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RODERICK I. WELLINGTON, Ph.D., LCPC, NCC, CFC (Licensed Clinical Professional Counselor & Psychologist / Former Discipline Director of Behavioral Health, Unity Health Care, Inc. / DCDOC, NPI 1336535319; currently Parole Commissioner of Maryland -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
300 Morse Street NE, Apartment 1005
Washington, DC 20002
Alternate Verified Residential Abode: 7715 Seans Terrace, Lanham, MD 20706
Current Official Appointment (Maryland Parole Commission): 6776 Reisterstown Road, Suite 307, Baltimore, MD 21215
Active Private Practice & Academic Coordinates: Landover Hills, MD 20784-2347; Kindness Mental Health Therapeutic Services (KMHTS), Largo, MD 20774; Bowie State University, 14000 Jericho Park Road, Bowie, MD 20715
Direct Contact: Tel: (301) 577-3825 / (202) 258-2601 / (410) 585-3200 | Email: roderick.wellington@maryland.gov / rwellington@bowiestate.edu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:
.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN

*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.

*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANJU MENON, M.D. (Psychiatrist and Behavioral Health Medical Provider, Unity Health Care, Inc. / DCDOC, NPI 1346775498 -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
2001 Beacon Place, Reston, VA 20191
Official / Corporate Service Coordinates:
Unity Health Care, Inc., 1100 New Jersey Avenue SE, Suite 500, Washington, DC 20003;
Central Detention Facility Medical Unit, 1901 D Street SE, Washington, DC 20003
Direct Contact: amenon@unityhealthcare.org | Tel: (703) 268-5001 / (202) 469-4699 / (202) 745-4300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: __________ ____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORTNEY SAVAGE (Correctional Program Specialist and PREA Compliance Manager, Central Detention Facility -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
7355 Malcoms Ridge Place, La Plata, MD 20646
Official Place of Employment / Agency Service Coordinates:
District of Columbia Department of Corrections -- Central Detention Facility (CDF), 1901 D Street SE, Washington, DC 20003;
DCDOC Office of the General Counsel, 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019
Direct Contact: cortney.savage@dc.gov | Tel: (240) 346-6080 / (202) 673-7316 / (202) 698-4932

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTINA WHITEHEAD (Correctional Officer and Housing Unit Manager, Central Detention Facility -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
310 Dateleaf Ave, Capitol Heights, MD 20743
Official Place of Employment / Agency Service Coordinates:
District of Columbia Department of Corrections -- Central Detention Facility (CDF), 1901 D Street SE, Washington, DC 20003;
DCDOC Office of the General Counsel, 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019
Direct Contact: christina.whitehead@dc.gov | Tel: (202) 673-7316 / (202) 698-4932

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CUTHBERT DENTON (Former Housing Unit Manager and Correctional Officer, Central Detention Facility -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
1830 Tiger Lily Cir #25
Woodbridge, VA 22192
Alternate Official Service Coordinates: D.C. Department of Corrections, Office of the General Counsel, 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019; 2000 14th Street NW, 7th Floor, Washington, DC 20009
Direct Contact: nowsenditall2me@gmail.com | Tel: (703) 475-3629

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELONTE WILLIAMS (Lieutenant, Former Sergeant, Central Detention Facility -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
3741 Donnell Drive, Apartment 203, Forestville, MD 20747
Alternate Verified Residential Abode: 7640 Allendale Circle, Hyattsville, MD 20785
Official Place of Employment / Agency Service Coordinates:
District of Columbia Department of Corrections -- Central Detention Facility (CDF), 1901 D Street SE, Washington, DC 20003;
DCDOC Office of the General Counsel, 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019
Direct Contact: delonte.williams@dc.gov | Tel: (202) 560-9655 / (202) 673-7316 / (202) 698-4932

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANTHONY BROWN SR. (Lieutenant and Restrictive Housing Supervisor, Central Detention Facility -- Individual and Official Capacities)
District of Columbia Department of Corrections
Central Detention Facility (CDF)
1901 D Street SE
Washington, DC 20003
Alternate Agency Service Coordinate: DCDOC Office of the General Counsel, 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019
Direct Contact: anthony.brown@dc.gov | Tel: (202) 710-8754 / (202) 710-9754 / (202) 673-7316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHEILA MARR (Correctional Major and Inmate Grievance Coordinator, Central Detention Facility -- Individual and Official Capacities)
Primary Verified Residential Abode (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
223 42nd Street NE
Washington, DC 20019
Official Place of Employment / Agency Service Coordinates (Fed. R. Civ. P. 4(e)(2)(C) & 4(j)(2)):
District of Columbia Department of Corrections -- Central Detention Facility (CDF), 1901 D Street SE, Washington, DC 20003;
DCDOC Office of the General Counsel, 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019
Direct Contact: sheila.marr@dc.gov | Tel: (202) 523-7038 / (202) 673-7316 / (202) 698-4932

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDREW PAUL MAZZUCHELLI (Deputy General Counsel and General Counsel, D.C. Department of Corrections, U.S.D.C. D.D.C. Bar No. 7647430; currently Administrative Law Judge / Office of the Attorney General, Government of the District of Columbia -- Individual and Official Capacities)
Primary Verified Residential Domicile (Fed. R. Civ. P. 4(e)(2)(A)-(B)):
1831 1st Street NW, Unit #3 (and Parking Unit #P-2)
Washington, DC 20001 (Owner-Occupied Condominium -- D.C. APN 3110--2006)
Designated DCDOC Agency Service Coordinate (Fed. R. Civ. P. 4(e)(2)(C) & 4(j)(2)):
District of Columbia Department of Corrections -- Office of the General Counsel
3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 (Authorized Service Agent: Paralegal Elektra Long)
Alternate / Current Official Duty Stations: Office of the Attorney General for the District of Columbia, 400 6th Street NW, Washington, DC 20001; D.C. Office of Administrative Hearings, One Judiciary Square, 441 4th Street NW, Suite 450 North, Washington, DC 20001
Alternate / DCDOC Headquarters & CDF: 2000 14th Street NW, 7th Floor, Washington, DC 20009; 1901 D Street SE, Washington, DC 20003
Direct Contact: andrew.mazzuchelli@dc.gov | cmazzuchelli1@hotmail.com | Tel: (202) 671-2064 | (508) 473-6998 | (774) 573-2261 | (508) 473-6968 | (202) 746-0132 | (202) 671-2042 | (202) 671-2037 | Fax: (202) 671-2514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS FAUST (Director, District of Columbia Department of Corrections -- Individual and Official Capacities)
District of Columbia Department of Corrections Headquarters
2000 14th Street NW, 7th Floor
Washington, DC 20009
Alternate / Central Detention Facility & Office of the General Counsel:
1901 D Street SE, Washington, DC 20003; 3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019
Direct Contact: thomas.faust@dc.gov | Tel: (202) 673-7316 / (202) 671-2044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHN EARLE SULLIVAN<br>*Plaintiff(s)*<br>v.<br><br>DISTRICT OF COLUMBIA, et al.<br>*Defendant(s)* | ) | Civil Action No. Unassigned |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITY HEALTH CARE, INC. (District of Columbia Corporate Healthcare Contractor Defendant)
c/o Registered Agent / Managing Agent / Office of the General Counsel
1100 New Jersey Avenue SE, Suite 500
Washington, DC 20003
Alternate On-Site Correctional Medical Unit: Central Detention Facility Medical Unit, 1901 D Street SE, Washington, DC 20003
Direct Contact: rpayne@unityhealthcare.org | info@unityhealthcare.org | Tel: (202) 469-4699 / (202) 715-7900 / (202) 745-4300

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________________ ; or

❐ Other *(specify)*:
.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| JOHN EARLE SULLIVAN<br>*Plaintiff(s)*<br>v.<br><br>DISTRICT OF COLUMBIA, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. Unassigned |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN L. SCHWALB (Attorney General for the District of Columbia -- Chief Legal Officer under Fed. R. Civ. P. 4(j)(2))
Office of the Attorney General for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
Direct Contact: oag@dc.gov | Tel: (202) 727-3400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MURIEL BOWSER (Mayor of the District of Columbia -- Chief Executive Officer under Fed. R. Civ. P. 4(j)(2))
Executive Office of the Mayor
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 327 (and Office of the Secretary of the District of Columbia, Suite 419)
Washington, DC 20004
Direct Contact: eom@dc.gov | Tel: (202) 727-2643 / (202) 727-6306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify):*
.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JOHN EARLE SULLIVAN
*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, et al.
*Defendant(s)*

Civil Action No. Unassigned

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT OF COLUMBIA (Municipal Corporation)
c/o Mayor of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 327 (and Office of the Secretary of the District of Columbia, Suite 419)
Washington, DC 20004
And c/o Office of the Attorney General for the District of Columbia:
400 6th Street NW, 10th Floor, Washington, DC 20001
Direct Contact: oag@dc.gov | eom@dc.gov | Tel: (202) 673-7316 / (202) 727-3400 / (202) 727-2643

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Earle Sullivan
Plaintiff Pro Se
1221 West Erda Way
Erda, Utah 84074
Telephone: (435) 841-7258
Email: johne.sullivan@outlook.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: