**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
| --- | --- |
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RODERICK I. WELLINGTON, Ph.D., LCPC, NCC, CFC (Former Discipline Director of Behavioral Health, Psychologist, and Licensed Clinical Professional Counselor, NPI 1336535319; currently Parole Commissioner, Maryland Parole Commission -- in his individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
300 Morse Street NE, Apartment 1005, Washington, DC 20002 (Primary Verified Residential Abode); OR 7715 Seans Terrace, Lanham, MD 20706 (Alternate Residential Abode); OR Maryland Parole Commission, 6776 Reisterstown Road, Suite 307, Baltimore, MD 21215 (Current Official Appointment)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
| --- | --- | --- |
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
Personal or abode service on Defendant Roderick I. Wellington, Ph.D., LCPC, NCC, CFC (NPI 1336535319) pursuant to Fed. R. Civ. P. 4(e)(2)(A)-(B) at Primary Residence (300 Morse Street NE, Apartment 1005, Washington, DC 20002), Alternate Domicile (7715 Seans Terrace, Lanham, MD 20706), Current Official Appointment at the Maryland Parole Commission (6776 Reisterstown Road, Suite 307, Baltimore, MD 21215, Tel: (410) 585-3200, Email: roderick.wellington@maryland.gov), Active Practice Coordinates (Landover Hills, MD 20784-2347; Kindness Mental Health Therapeutic Services (KMHTS), Largo, MD 20774; Bowie State University, 14000 Jericho Park Road, Bowie, MD 20715, Email: rwellington@bowiestate.edu), or Corporate Co-Defendant Unity Health Care, Inc. (1100 New Jersey Avenue, SE, Suite 500, Washington, DC 20003). Verified Telephones: (301) 577-3825 (Primary Landline) / (202) 258-2601 (Wireless Mobile). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
| --- | --- | --- | --- |
| John Earle Sullivan | ☒ PLAINTIFF<br>☐ DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
| --- | --- | --- |
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
| --- | --- |
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| **DEFENDANT** | **TYPE OF PROCESS** |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANJU MENON, M.D., Psychiatrist and Behavioral Health Medical Provider, NPI 1346775498 (in her individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2001 Beacon Place, Reston, VA 20191 (Verified Residential Abode); AND Unity Health Care, Inc., 1100 New Jersey Avenue, SE, Suite 500, Washington, DC 20003; AND Central Detention Facility Medical Unit, 1901 D Street, SE, Washington, DC 20003

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Anju Menon, M.D. (NPI 1346775498) at her verified residential abode under Fed. R. Civ. P. 4(e)(2)(A)-(B): 2001 Beacon Place, Reston, VA 20191 (Fairfax County, VA; Tel: (703) 268-5001), at Unity Health Care, Inc. Corporate Headquarters (1100 New Jersey Avenue, SE, Suite 500, Washington, DC 20003, Tel: (202) 469-4699 / (202) 715-7900), or at the Central Detention Facility Medical Unit (1901 D Street, SE, Washington, DC 20003). Email: amenon@unityhealthcare.org. Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *John Earle Sullivan* | ☒ PLAINTIFF<br>☐ DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORTNEY SAVAGE, Correctional Program Specialist and PREA Compliance Manager, Central Detention Facility (in her individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
7355 Malcoms Ridge Place, La Plata, MD 20646 (Verified Residential Abode); AND D.C. Department of Corrections -- Central Detention Facility, 1901 D Street, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Cortney Savage at her verified primary residence (7355 Malcoms Ridge Place, La Plata, MD 20646, Charles County, MD; Tel: (240) 346-6080), at the Central Detention Facility (1901 D Street, SE, Washington, DC 20003, Tel: (202) 673-7316, Email: cortney.savage@dc.gov), or via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 / 2000 14th Street, NW, 7th Floor, Washington, DC 20009). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [X] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHRISTINA WHITEHEAD, Correctional Officer and Housing Unit Manager, Central Detention Facility (in her individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
310 Dateleaf Ave, Capitol Heights, MD 20743 (Verified Residential Abode); AND D.C. Department of Corrections -- Central Detention Facility, 1901 D Street, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Correctional Officer and Housing Unit Manager Christina Whitehead at her verified residential abode under Fed. R. Civ. P. 4(e)(2)(A)-(B): 310 Dateleaf Ave, Capitol Heights, MD 20743, at the Central Detention Facility (1901 D Street, SE, Washington, DC 20003, Tel: (202) 673-7316, Email: christina.whitehead@dc.gov), or via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 / 2000 14th Street, NW, 7th Floor, Washington, DC 20009). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *John Earle Sullivan* | [x] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Form USM-285
Rev. 03/21

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| **DEFENDANT** | **TYPE OF PROCESS** |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CUTHBERT DENTON, Former Housing Unit Manager and Correctional Officer, Central Detention Facility (in his individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1830 Tiger Lily Cir #25, Woodbridge, VA 22192

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Defendant Cuthbert Denton retired from DCDOC service post-2023 after a 37.5-year career; institutional email is deprovisioned. Serve Defendant Denton personally or at his usual place of abode pursuant to Fed. R. Civ. P. 4(e)(2)(A)-(B) at 1830 Tiger Lily Cir #25, Woodbridge, VA 22192 (Tel: (703) 475-3629, Email: nowsenditall2me@gmail.com). Alternate service via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 / 2000 14th Street, NW, 7th Floor, Washington, DC 20009). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [X] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Form USM-285
Rev. 03/21

**INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN**

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DELONTE WILLIAMS, Lieutenant (former Sergeant), Central Detention Facility (in his individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3741 Donnell Drive, Apartment 203, Forestville, MD 20747 (Verified Residential Abode); AND D.C. Department of Corrections -- Central Detention Facility, 1901 D Street, SE, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Lieutenant Delonte Williams (promoted November 10, 2025) at his verified residential abode (3741 Donnell Drive, Apartment 203, Forestville, MD 20747 or alternate residence 7640 Allendale Circle, Hyattsville, MD 20785, Direct Tel: (202) 560-9655), at the Central Detention Facility (1901 D Street, SE, Washington, DC 20003, Facility Tel: (202) 673-7316, Email: delonte.williams@dc.gov), or via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 / 2000 14th Street, NW, 7th Floor, Washington, DC 20009). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | ☒ PLAINTIFF ☐ DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANTHONY BROWN SR., Lieutenant and Restrictive Housing Supervisor, Central Detention Facility (in his individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
D.C. Department of Corrections -- Central Detention Facility, 1901 D Street, SE, Washington, DC 20003

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Lieutenant Anthony Brown Sr. at the Central Detention Facility (1901 D Street, SE, Washington, DC 20003, Direct Desk: (202) 710-8754, Mobile: (202) 710-9754, Facility Tel: (202) 673-7316, Email: anthony.brown@dc.gov) or via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 / 2000 14th Street, NW, 7th Floor, Washington, DC 20009). Fee-exempt IFP service per 28 U.S.C. § 1915(d). Alternate residence: Forestville, MD 20747.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *John Earle Sullivan* | [x] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time [ ] am [ ] pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SHEILA MARR, Correctional Major and Inmate Grievance Coordinator, Central Detention Facility (in her individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
223 42nd Street NE, Washington, DC 20019 (Verified Residential Abode)
D.C. Department of Corrections -- Central Detention Facility, 1901 D Street, SE, Washington, DC 20003 (Official Place of Employment)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Correctional Major and Inmate Grievance Coordinator Sheila Marr at her verified residential abode under Fed. R. Civ. P. 4(e)(2)(A)-(B): 223 42nd Street NE, Washington, DC 20019, or at the Central Detention Facility (1901 D Street, SE, Washington, DC 20003, Direct Tel: (202) 523-7038 / Facility Tel: (202) 673-7316, Email: sheila.marr@dc.gov) or via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019 / 2000 14th Street, NW, 7th Floor, Washington, DC 20009). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [x] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

PLAINTIFF
JOHN EARLE SULLIVAN

COURT CASE NUMBER
Unassigned

DEFENDANT
ANDREW PAUL MAZZUCHELLI
(Deputy General Counsel and General Counsel, District of Columbia Department of Corrections -- U.S.D.C. D.D.C. Bar No. 7647430; Individual and Official Capacities)

TYPE OF PROCESS
Summons in a Civil Action (Form AO 440), Verified Complaint for Compensatory, Statutory, and Punitive Damages, Declaratory Judgment, and Injunctive Relief & Evidentiary Exhibits, Plaintiff's Motion for Leave to Proceed In Forma Pauperis & Proposed Order, Plaintiff's Motion for Service of Process by the United States Marshals Service Pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) & Proposed Order, Plaintiff's Motion for Leave to Obtain CM/ECF Password and Electronic Filing Access Pursuant to LCvR 5.4(b)(2) & Proposed Order, Plaintiff's Emergency Motion for Evidentiary Preservation Order & Proposed Order, Plaintiff's Motion to Waive Security Bond Pursuant to Fed. R. Civ. P. 65(c) & Proposed Order, and Plaintiff's Motion for Expedited Screening and Issuance of Summonses Pursuant to 28 U.S.C. § 1657(a) & Proposed Order

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ANDREW PAUL MAZZUCHELLI, Deputy General Counsel and General Counsel, District of Columbia Department of Corrections (U.S.D.C. D.D.C. Bar No. 7647430; currently Administrative Law Judge / Office of the Attorney General, Government of the District of Columbia) -- Individual and Official Capacities

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Primary Verified Residential Domicile (Fed. R. Civ. P. 4(e)(2)(A)-(B)): 1831 1st Street, NW, Unit #3 (and Parking Unit #P-2), Washington, DC 20001 (Owner-Occupied Condominium -- Eckington Subdivision, D.C. APN 3110--2006, Purchased 12/15/2025; Personal Phones: (508) 473-6998 / (774) 573-2261 / (508) 473-6968; Personal Email: cmazzuchelli1@hotmail.com); OR Designated Agency Service Agent (Fed. R. Civ. P. 4(e)(2)(C) & 4(j)(2)): District of Columbia Department of Corrections, Office of the General Counsel, 3924 Minnesota Avenue, NE, Second Floor, Washington, DC 20019 (Authorized DCDOC OGC Service Agent: Paralegal Elektra Long -- Tel: (202) 671-2044 / Direct: (202) 671-2064 / Mobile: (202) 746-0132 / Email: andrew.mazzuchelli@dc.gov)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

1. Fee-Exempt Service Pursuant to 28 U.S.C. § 1915(d) & Fed. R. Civ. P. 4(c)(3): Plaintiff proceeds in forma pauperis under 28 U.S.C. § 1915. All United States Marshals Service fees, mileage, and costs are waived by operation of 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3).
2. Verified Owner-Occupied Residential Domicile (Fed. R. Civ. P. 4(e)(2)(A)-(B)): District of Columbia real property records (APN 3110--2006) and consumer header telemetry verify that Defendant Andrew Paul Mazzuchelli (DOB: 12/1991, Age 34) resides at his owner-occupied condominium at 1831 1st Street, NW, Unit #3 (with Parking Unit #P-2), Washington, DC 20001 (purchased 12/15/2025 for $760,000.00; Custodial-Period D.C. Residence Nov. 2022 - May 2024: 1613 Harvard Street, NW, Apt #316, Washington, DC 20009). Verified personal telephone lines: (508) 473-6998 (Primary VoIP), (774) 573-2261 (Verizon Wireless Mobile), and (508) 473-6968; personal email: cmazzuchelli1@hotmail.com.
3. Designated DCDOC Agency Service Agent (Fed. R. Civ. P. 4(e)(2)(C) & 4(j)(2)): Per the District of Columbia Department of Corrections (DCDOC) official litigation service protocol, Paralegal Elektra Long at the DCDOC Office of the General Counsel, 3924 Minnesota Avenue, NE, Second Floor, Washington, DC 20019 (Tel: (202) 671-2044; Mazzuchelli Direct: (202) 671-2064, Mobile: (202) 746-0132, Fax: (202) 671-2514) is expressly designated to accept service of judicial process on behalf of DCDOC and its General Counsel Andrew Paul Mazzuchelli.
4. Verified Current & Historical Official Duty Stations (DCHR Payroll & CourtListener Docket Records):
   - Current Official Duty Station A (Office of the Attorney General for the District of Columbia): 400 6th Street, NW, Washington, DC 20001 (verified via D.C. Department of Human Resources 2025 payroll record, $181,058.00 annual wages).
   - Current Official Duty Station B (D.C. Office of Administrative Hearings): 441 4th Street, NW, Suite 450 North, Washington, DC 20001 (Tel: (202) 727-8280; Email: andrew.mazzuchelli@dc.gov, appointed D.C. Administrative Law Judge Oct. 2025 - Present).
   - Alternate DCDOC Coordinate C (DCDOC Executive Headquarters): 2000 14th Street, NW, Seventh Floor, Washington, DC 20009 (as recorded on D.D.C. dockets in Caruth v. Quincy Booth, Case No. 1:19-cv-02863-ABJ, and Merced-Castellano v. District of Columbia, Case No. 1:17-cv-01628-ABJ).
   - Alternate DCDOC Coordinate D (Central Detention Facility On-Site Legal Office): 1901 D Street, SE, Washington, DC 20003.
5. Dual-Capacity Service & Return Directive: Defendant Andrew Paul Mazzuchelli is sued in both his individual and official capacities. Please execute personal or abode service at 1831 1st Street, NW, Unit #3, Washington, DC 20001 (Fed. R. Civ. P. 4(e)(2)(A)-(B)) and/or delivery to his authorized service agent (Paralegal Elektra Long) at 3924 Minnesota Avenue, NE, Second Floor, Washington, DC 20019 (Fed. R. Civ. P. 4(e)(2)(C) & 4(j)(2)), and promptly file the certified Return of Service with the Clerk of Court pursuant to Fed. R. Civ. P. 4(l)(1).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [X] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | ______ | No. ______ | No. ______ | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Form USM-285
Rev. 03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THOMAS FAUST, Director, District of Columbia Department of Corrections (in his individual and official capacities)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
District of Columbia Department of Corrections Headquarters, 2000 14th Street, NW, 7th Floor, Washington, DC 20009; AND Central Detention Facility, 1901 D Street, SE, Washington, DC 20003

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Serve Defendant Thomas Faust at DCDOC Headquarters (2000 14th Street, NW, 7th Floor, Washington, DC 20009, Tel: (202) 673-7316, Email: thomas.faust@dc.gov), Central Detention Facility (1901 D Street, SE, Washington, DC 20003), or via DCDOC Office of the General Counsel (3924 Minnesota Avenue NE, 2nd Floor, Washington, DC 20019, Tel: (202) 671-2044). If separated from DCDOC, obtain forwarding address under seal from DCDOC / OAG pursuant to Court Order. Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [x] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ______ | District to Serve<br>No. ______ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time [ ] am [ ] pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
UNITY HEALTH CARE, INC. (c/o Office of the General Counsel / Registered Agent / Corporate Officers)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1100 New Jersey Avenue, SE, Suite 500, Washington, DC 20003

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Corporate Correctional Health Contractor Defendant under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) & 4(h)(1). Serve at Unity Health Care, Inc. Corporate Headquarters (1100 New Jersey Avenue, SE, Suite 500, Washington, DC 20003, Tel: (202) 469-4699 / (202) 715-7900 / (202) 745-4300, Email: rpayne@unityhealthcare.org / info@unityhealthcare.org) or Central Detention Facility Medical Unit (1901 D Street, SE, Washington, DC 20003). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [x] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BRIAN L. SCHWALB, Attorney General for the District of Columbia (Chief Legal Officer Service Coordinate for Defendant District of Columbia under Fed. R. Civ. P. 4(j)(2) and D.C. Super. Ct. R. Civ. P. 4(j)(3)(A))

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Office of the Attorney General for the District of Columbia, 400 6th Street, NW, 10th Floor, Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Mandatory municipal legal officer service coordinate for Defendant District of Columbia and official-capacity D.C. Defendants pursuant to 28 U.S.C. § 1915(d), Fed. R. Civ. P. 4(c)(3) & 4(j)(2), and D.C. Super. Ct. R. Civ. P. 4(j)(3)(A). Serve Attorney General Brian L. Schwalb / OAG Civil Litigation Division Service Intake at 400 6th Street, NW, 10th Floor, Washington, DC 20001 (Tel: (202) 727-3400 / (202) 724-6669; Email: oag@dc.gov). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *John Earle Sullivan* | [X] PLAINTIFF [ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time [ ] am [ ] pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MURIEL BOWSER, Mayor of the District of Columbia (Chief Executive Officer Service Coordinate for Defendant District of Columbia under Fed. R. Civ. P. 4(j)(2) and D.C. Super. Ct. R. Civ. P. 4(j)(3)(A))

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Executive Office of the Mayor, John A. Wilson Building, 1350 Pennsylvania Avenue, NW, Suite 327 (and Office of the Secretary of the District of Columbia, Suite 419), Washington, DC 20004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Earle Sullivan (Plaintiff Pro Se)
1221 West Erda Way, Erda, UT 84074
Telephone: (435) 841-7258 | Email: johne.sullivan@outlook.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 14 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Mandatory municipal service coordinate for Defendant District of Columbia and official-capacity D.C. Defendants pursuant to 28 U.S.C. § 1915(d), Fed. R. Civ. P. 4(c)(3) & 4(j)(2), and D.C. Super. Ct. R. Civ. P. 4(j)(3)(A). Serve Mayor Muriel Bowser / Mayor's Designated Process Agent (Secretary of the District of Columbia) at the John A. Wilson Building, 1350 Pennsylvania Avenue, NW, Suite 327 / Suite 419, Washington, DC 20004 (Tel: (202) 727-2643 / (202) 727-6306; Email: eom@dc.gov). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [x] PLAINTIFF [ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time [ ] am [ ] pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN EARLE SULLIVAN | Unassigned |
| DEFENDANT | TYPE OF PROCESS |
| DISTRICT OF COLUMBIA, et al. | Summons in a Civil Action (Form AO 440), Verified Complaint & Exhibits, Motion for IFP, Motion for USMS Service, Motion for CM/ECF Access, Emergency Preservation Motion, Motion to Waive Rule 65(c) Security Bond, Motion for Expedited Screening & Summons Issuance, & Proposed Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DISTRICT OF COLUMBIA (c/o Mayor of the District of Columbia & Attorney General for the District of Columbia)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Mayor of the District of Columbia, John A. Wilson Building, 1350 Pennsylvania Avenue, NW, Suite 327 (and Office of the Secretary, Suite 419), Washington, DC 20004; AND Office of the Attorney General for the District of Columbia, 400 6th Street, NW, 10th Floor, Washington, DC 20001

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| John Earle Sullivan (Plaintiff Pro Se)<br>1221 West Erda Way, Erda, UT 84074<br>Telephone: (435) 841-7258 \| Email: johne.sullivan@outlook.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Municipal Defendant under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) & 4(j)(2). Serve both the Mayor's designated service intake at the John A. Wilson Building (1350 Pennsylvania Ave., NW, Suite 327 / Office of the Secretary, Suite 419, Washington, DC 20004, Tel: (202) 727-2643 / (202) 727-6306, Email: eom@dc.gov) and the Civil Litigation Division / Service Intake of the Office of the Attorney General for the District of Columbia (400 6th Street, NW, 10th Floor, Washington, DC 20001, Tel: (202) 727-3400 / (202) 673-7316, Email: oag@dc.gov). Fee-exempt IFP service per 28 U.S.C. § 1915(d).

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| John Earle Sullivan | [x] PLAINTIFF<br>[ ] DEFENDANT | (435) 841-7258 | November 9, 2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | ______ | No. ______ | No. ______ | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time [ ] am [ ] pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

**INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN**

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.